UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x
DAVID T. SILVA,
GERROD T. SMITH, and
JONATHAN K. SMITH,
Members of the Shinnecock Indian Nation,

                Plaintiffs,              Case No.: 18-cv-3648   (   ) (   )

  - against -                             **NOTICE OF MOTION FOR**
                                                 **PRELIMINARY INJUNCTION**
BRIAN FARRISH,
JAMIE GREENWOOD,
EVAN LACZI,
BASIL SEGGOS,
NEW YORK STATE DEPARTMENT OF
ENVIRONMENTAL CONSERVATION,
and SUFFOLK COUNTY DISTRICT
ATTORNEY'S OFFICE,

                Defendants.
-------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the Complaint and pleadings filed in this action and upon Plaintiffs' memorandum of law in support and annexed exhibits, Plaintiffs will move this court on a date and time to be set by the Court, at United States Courthouse, 100 Federal Plaza, Central Islip, New York, for an order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, granting:

      1)      Preliminary injunctive relief in favor of Plaintiffs and against the Defendants enjoining the Defendants from enforcing the laws of the State of New York against Plaintiff Silva in the Southampton Town Justice Court in Case No. 17-7008, and from otherwise interfering with Plaintiffs' use of the waters, fishing, taking fish, and holding fish in Shinnecock Bay and its estuary and other usual and customary Shinnecock fishing waters;

2) Any other and further relief to which Plaintiffs may be entitled, including but not limited to, court costs, and reasonable attorney fees.

Dated: June 22, 2018
      New York, New York

                                      MOORE INTERNATIONAL LAW PLLC.

                                               /s/ Scott M. Moore
                                  By: _____
                                              Scott Michael Moore, Esq.
                                                  *Attorneys for Plaintiff*
                                      45 Rockefeller Plaza, 20th Floor
                                          New York, New York 10111
                                                     T. (212) 332-3474
                                                     F. (212) 332-3475
                                                     E. smm@milopc.com