# PLAINTIFFS' EXHIBIT 1



**SHINNECOCK INDIAN NATION**
Shinnecock Indian Reservation
P.O. Box 5006
Southampton, New York 11969-5006
Phone (631) 283-6143 Fax (631) 283-0751

**Tribal Trustees**
*Frederick C. Bess, Chairman*
*Lance A. Gumbs*
*Gordell Wright*

May 13, 2008

### TRIBAL VERIFICATION

To Whom It May Concern:

This letter is to verify that **David Taobi Silva** is a member of the **SHINNECOCK INDIAN TRIBE of NEW YORK STATE.**

This letter is to be used solely for educational purposes.

Sincerely,

Frederick C. Bess

Lance A. Gumbs

Gordell Wright