# PLAINTIFFS' EXHIBIT 2



# Shinnecock Indian Nation



**TRIBAL IDENTIFICATION CARD**

## Gerrod Thomas Smith

40 A Montauk Highway
Shinnecock Reservation
Southampton, NY 11968

Enrollment No.: 000209
Date of Birth: 04/14/1955
Sex: Male
Eyes: Brown  HT: 5' 5"

*Gerrod T Smith* (signature)

04/14/2017
Expire Date

04/25/2013
Issue Date

