# PLAINTIFFS' EXHIBIT 3



# Shinnecock Indian Nation



## TRIBAL IDENTIFICATION CARD

**Jonathan Kent Smith**

106 Old Point Road; Po Box 5036
Shinnecock Territory
Southampton, NY 11969-5036

Enrollment No.: **000223**

Date of Birth: **3/1/1960**

Sex: **Male**

Eyes: **Brown**  HT: **5' 8"**

06/20/2023
Expire Date

6/20/2018
Issue Date

