# PLAINTIFFS' EXHIBIT 4

Docket# 17-060545

DA/TA Copies 6/7/17
Atty copies _____

## SOUTHAMPTON TOWN JUSTICE COURT
## ARRAIGNMENT AND DISPOSITION

OFFENSE DATE: 4/20/17

DEF'T: Silva, David T
    Last,   First

ADDRESS: 405 Middle Gate Rd
Southampton NY 11968

DOB: 9/17/75   PHONE: _____

CHARGES:

NYCRR-40.1biii- Possess Eels Over Limit

ECL 13-0355- No Fish License

NYCRR-40-1bii- Undersize Fish

DEFENSE ATTY: _____
ATTY ADDRESS: _____
ATTY PHONE: _____
LEGAL AID: _____ REF'D: _____

BAIL: _____ REC'D: _____
REC'T# _____
PAID BY: _____

BAIL RETURNED$ _____ DATE _____
CHECK# _____ TO: _____
BAIL APPLIED$ _____ DATE _____
BAIL POUNDAGE$ _____ DATE _____
CHECK# _____ TO: _____

SET BAIL: _____
COMMITTED: _____ ROR: _____
PLEA GUILTY: _____ PLEA N/G _____
LIC SUSP/REVOKED: _____

REMARKS: acr 6/7/17 1-

**BF3562370** — New York State - Department of Motor Vehicles
SIMPLIFIED INFORMATION / COMPLAINT
The People of The State of New York VS.
POLICE AGENCY: DEC-DLE

LAST NAME: Silva, David
FIRST NAME: (see above)
M.I.: T
LOCAL POLICE CODE:

NUMBER & STREET ADDRESS: 405 Middle Gate Rd
APT. NO.:
PHOTO LIC SHOWN: O

CITY: Shinnecock
STATE: NY
ZIP CODE: 11968
OWNER IS OPER:
LIC CLASS/ID TYPE: D

I.D. NUMBER: 518 664 95
SEX: M
DATE OF BIRTH (MMDDYY): 09 17 75

STATE: NY
LICENSE EXPIRES (MMDDYY): 09 17 17
VEH. TYPE:
VEH. YR.:
VEH. MAKE:
VEH. COLOR:

PLATE #:
REG. STATE:
REGISTRATION EXPIRES (MMDDYY):

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

TIME (24hour HHMM): 0630
DATE OF OFFENSE (MMDDYY): 04 20 17
OTHER LAW: 6 (ECL)

IN VIOLATION OF: (SECTION AND SUBDIVISION)
40.1 (6)(iii)

DESCRIPTION / NARRATIVE:
Possessed in excess of limit to wit: 272 eels over the limit (limit 25)

MPH:
IN MPH ZONE:
CDL VEH: O   BUS: O   HAZ MAT: O
US DOT#:

PLACE OF OCCURRENCE: Waters of Taylor's creek just off 450 meadow Ln
HWY #:
LOCATION CODE:
HWY TYPE:
NCIC: 15601

IN THE: Town
OF: Southampton
COUNTY OF: Suffolk
PRECINCT:

COMPLAINANT SIGN AND PRINT NAME/RANK (Affirmed under penalty of perjury):
E. Lucri / ECO

RADAR OPERATOR NAME (Print):

DATE AFFIRMED: 06 06 17
ARREST TYPE: 20
OFFICER ID #: 620
OFFICER'S COMMAND: M66

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE:
Town

COURT OF: Southampton Town Court
COUNTY OF: Suffolk
ADDRESS: 32 Jackson Ave
CITY: Hampton Bays
STATE: NY
ZIP CODE: 11946

RETURN BY MAIL BEFORE, OR IN PERSON ON:
MUST APPEAR IN PERSON ON: 06 07 17 at 09 00 AM

FOR COURT USE ONLY

BF3562370

| Southampton Town Justice Court | C.C. NUMBER |
|---|---|
| | 17-007008 |
| VIOLATION COMPLAINT | ARREST NUMBER(S) |
| | |
| STATE OF NEW YORK } | Appearance Ticket # AT60496 |
| }ss: | |
| COUNTY OF Suffolk} | |
| | DEFENDANTS IN CUSTODY |
| The People of the State of New York | FROM DATE & HOUR TO DATE AND HOUR |
| -vs- | |
| David T. Silva (DOB: 09/17/1975)    Defendant(s) | |

| Name (Complainant) | Environmental Conservation Police Officer Evan Laczi, Shield # 620 | Of New York State Environmental Conservation Police |
|---|---|---|

205, N. Belle Meade Road, e. Setauket, New York, 11733    being duly sworn, says that on or about

April 20th, 2017 at 6:30 AM,    At 450 Meadow LN Southampton, New York    , in the Town of Southampton,

County of Suffolk, State of New York, the defendant

David T. Silva 403 Middle Gate Rd. Shinnecock NY 11968

Did wrongfully and unlawfully committed the offense(s) of:

Possessed on the waters of the marine and coastal district, as defined in Environmental Conservation Law (ECL) in excess of the possession limit specified for such species

In violation of Section    40.1(b)(iii) / 11-1303/ 71-0923    Title 6 New York Code of Rules and Regulations (6NYCRR)/ New York State Environmental Conservation Law, (ECL)

In that:

Part 40 Marine Fish

(Statutory authority: Environmental Conservation Law, §§ 11-0303, 13-0340, 11-1303, 13-0329, 13-0340-a, 13-0340-b, 13-0340-c, 13-0340-e, 13-0340-f, 13-0341, 13-0343)

Sec. 40.1 Marine fish-open seasons, size and catch limits

(b) General provisions.

(1) It is unlawful for any person to take or possess on the waters of the marine and coastal district, as defined in Environmental Conservation Law (ECL) Section 13-0103, or the shores thereof, or anywhere inland from such shores in the counties of Suffolk, Nassau, Queens, Kings, Richmond, New York, Bronx, and those portions of Westchester County within the marine and coastal district bordering on Long Island Sound, fish of the species listed in Tables A, B or C:

(iii) in excess of the possession limit or trip limit specified for such species, except that where a weekly limit or biweekly limit is specifically authorized by the department pursuant to subdivision (i) of this section, such fish shall not be taken or possessed in excess of the weekly limit or biweekly limit specified for such species.

Sec. 13-0339-a. Atlantic cod (Gadus morhua), Atlantic sturgeon (Acipenser oxyrhynchus), shortnose sturgeon (Acipenser brevirostrum), American eel (Anguilla rostrata), Atlantic herring (Clupea horengus), American shad (Alosa sapidissima), alewife (Alosa pseudoharengus), blueback herring (Alosa aestivalis), squid (cephalopoda), and hickory shad (Alosa mediocris).

1. The department may fix, by regulation, measures for the management of the following species:

b. American eel (Anguilla rostrata) until December thirty-first, two thousand sixteen,

Sec. 71-0923. Violations.

8. Any violation of sections 13-0329, 13-0330, 13-0331, 13-0333, 13-0334, 13-0335, subdivision one of section 13-0337, 13-0338, 13-0339, 13-0339-a, 13-0340, 13-0340-a through 13-0340-g, 13-0341, 13-0342, 13-0343, 13-0347, and 13-0349 of this chapter, or of any regulation adopted pursuant to the foregoing sections, shall be punishable by imprisonment of not more than fifteen days or by a fine of the greater of two hundred fifty dollars or:

c. for violations involving more than twenty-five fish, shellfish or crustaceans, one hundred dollars for each fish, shellfish or crustacean taken or possessed in violation of the above sections; or by both such fine and imprisonment.

TO WIT:

The defendant, On the above stated date, time and location, possessed 222 American Eels in excess of the possession limit specified for such species (possession limit 25) on his person and another 98 eels in his net. 320 Eels over the limit.

NOTICE: False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

SWORN TO BEFORE ME, This 6th Day of June 2017.

SIGNATURE OF OFFICIAL ADMINISTERING OATH
LT. Sean Reilly, Shield # 387

ECO Evan Laczi, Shield #620

**BF3562355** — New York State - Department of Motor Vehicles
SIMPLIFIED INFORMATION / COMPLAINT
The People of The State of New York VS.

POLICE AGENCY: DEC/DLE
LOCAL POLICE CODE: [blank]

LAST NAME: Silva
FIRST NAME: David
M.I.: T
APT. NO: [blank]
PHOTO LIC SHOWN: ●

NUMBER & STREET ADDRESS: 405 Middle Gate Rd
CITY: Shinnecock
STATE: NY
ZIP CODE: 11968
OWNER IS OPER: [blank]
LIC CLASS/ID TYPE: D

I.D. NUMBER: 587649[5]
SEX: M
DATE OF BIRTH (MMDDYY): 091775
VEH. TYPE: [blank]
VEH. YR: [blank]
VEH. MAKE: [blank]
VEH. COLOR: [blank]

STATE: NY
LICENSE EXPIRES (MMDDYY): 091717
REG. STATE: [blank]
REGISTRATION EXPIRES (MMDDYY): [blank]
PLATE #: [blank]

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

TIME (24hour HHMM): 0630
DATE OF OFFENSE (MMDDYY): 042017

VTL ○ TRAFF RULES ○ ADMIN CODE ○ PRHPL ○ ECL ●
NAV LAW ○ TAX LAW ○ TRANS LAW ○ NYCRR TITLE ○
TR ○ M ○ I ○ S ○ D ○  OTHER LAW

IN VIOLATION OF: (SECTION AND SUBDIVISION): 13-0335

MPH: [blank]  IN MPH ZONE: [blank]
CDL VEH ○  BUS ○  HAZ MAT ○
US DOT#: [blank]

DESCRIPTION / NARRATIVE: Did not possess commerical [sic] fuel fish license. to wit: used fyke net greater than 40 feet

PLACE OF OCCURRENCE: Waters of Taylor's Creek just off 450 Meadow Ln.
IN THE ○ City ● Town ○ Village OF: Southampton
COUNTY OF: Suffolk
PRECINCT: [blank]
HWY #: [blank]  HWY TYPE: [blank]  LOCATION CODE: 15601

COMPLAINANT SIGN AND PRINT NAME/RANK: E. Lucci / ECO
Affirmed under penalty of perjury.

RADAR OPERATOR NAME (Print): [blank]

DATE AFFIRMED: 060617
ARREST TYPE: [blank]
OFFICER ID #: 620
OFFICER'S COMMAND: MC6

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE:
○ City ● Town ○ Village ○ Criminal ○ District
COUNTY OF: Suffolk
SUMMONS PART: [blank]

COURT OF: Southampton Town Court
ADDRESS: 32 Jackson Ave
CITY: Hampton Bays
STATE: NY
ZIP CODE: 11946

● RETURN BY MAIL BEFORE, OR IN PERSON ON: 060717 at 09:00 AM
○ MUST APPEAR IN PERSON ON: [blank]

FOR COURT USE ONLY
COURT CODE | JUSTICE CODE | DATE ADJUDICATED | DATE SENTENCE IMPOSED
CHARGE CONVICTED OF: ○ AS ABOVE ○ VTL ○ OTHER   DISPOSITION / SENTENCE   FINE / SURCHARGE

AMT BAIL FORFEITURE / DATE   ○ LIC ○ REV ○ SUSP ○ MAND ○ PERM   DAYS / MONTHS / YEAR

BF3562355

| Southampton Town Justice Court | C.C. NUMBER |
|---|---|
| | 17-007008 |
| VIOLATION COMPLAINT | ARREST NUMBER(S) |
| STATE OF NEW YORK } ss. COUNTY OF Suffolk} | Appearance Ticket # AT60496 |
| | DEFENDANTS IN CUSTODY |
| The People of the State of New York | FROM DATE & HOUR TO DATE AND HOUR |
| -vs- | |
| David T. Silva (DOB: 09/17/1975)   Defendant(s) | |

Name (Complainant)   Environmental Conservation Police Officer Evan Laczi, Shield # 620   Of New York State Environmental Conservation Police

205, N. Belle Meade Road, e. Setauket, New York, 11733   being duly sworn, says that on or about

April 20th 2017 at 6:30 A.M,   At 450 Meadow Ln Southampton, New York   , in the Town of Southampton,

County of Suffolk, State of New York, the defendant

David T. Silva 405 Middle Gate Rd. Shinnecock NY 11968

Did wrongfully and unlawfully committed the offense(s) of:

Did not possess a marine commercial food fishing license, when taking of food fish, when setting, maintaining, operating or using a net. Used a Fyke net greater than 40 feet in length, not for recreational use. Net was positioned in the waters of Taylor's Creek, just off 450 Meadow Ln.

In violation of Section   13-0335/71-0923   New York State Environmental Conservation Law, (ECL)

In that:

Sec. 13-0335. Food fish; license; prohibited acts.

1. A person who is domiciled in the state may take and land food fish for commercial purposes, upon obtaining a marine commercial food fishing license, except as prohibited by this chapter, from the waters of the marine and coastal district and may land food fish taken from waters outside New York state boundaries for commercial purposes. For purposes of this section "commercial purposes" shall mean the taking of food fish by any method for subsequent sale, trade or barter or to offer for sale, trade or barter and the taking of food fish when setting, maintaining, operating or using nets, except cast nets, not in excess of twenty feet in diameter, when operated by hand for the purposes of taking only Atlantic menhaden (Brevoortia tyrannus) and mullets (Mugil spp), for recreational purposes only, seines not larger than thirty feet long or four feet deep or lift nets not larger than sixteen square feet; traps, except bait traps not more than thirty inches in length; combs; pots; or hook and line, except by angling. The fee for such license shall be two hundred fifty dollars, and shall cover all persons employed by the licensee while engaged in such employment of commercial fishing.

Sec. 71-0901. Applicability of title.

In addition to the provisions of sections 71-0101, 71-0301 and title 5 of this article the provisions of this title shall be applicable to the enforcement of articles 11 and 13 of this chapter. This title shall also apply to enforcement undertaken pursuant to the functions, powers, duties and obligations of the Department of Environmental Conservation provided for in section 41-0105.

Sec. 71-0923. Violations.

8. Any violation of sections 13-0329, 13-0330, 13-0331, 13-0333, 13-0334, 13-0335, subdivision one of section 13-0337, 13-0338, 13-0339, 13-0339-a, 13-0340, 13-0340-a through 13-0340-g, 13-0341, 13-0342, 13-0343, 13-0347, and 13-0349 of this chapter, or of any regulation adopted pursuant to the foregoing sections, shall be punishable by imprisonment of not more than fifteen days or by a fine of the greater of two hundred fifty dollars or:

c. for violations involving more than twenty-five fish, shellfish or crustaceans, one hundred dollars for each fish, shellfish or crustacean taken or possessed in violation of the above sections; or by both such fine and imprisonment.

For purposes of determining the applicable fine pursuant to this subdivision, the number of fish, crustaceans or shellfish shall be the aggregate number involved in the violation, regardless of species.

TO WIT:
The defendant, On the above stated date, time and location, was engaged in commercial fishing with a next without a food fish license and took from the net 247 American Eels. The net contained an additional 98 Eels. In total 345 Eels.

NOTICE: False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

SWORN TO BEFORE ME, This 6th Day of June 2017.

SIGNATURE OF OFFICIAL ADMINISTERING OATH
LT. Sean Reilly, Shield # 387

ECO Evan Laczi, Shield #620

**BF3562366** — New York State - Department of Motor Vehicles
SIMPLIFIED INFORMATION / COMPLAINT
The People of The State of New York VS.

POLICE AGENCY: DEC-DLE

LAST NAME: Silva   FIRST NAME: David   M.I.: T
LOCAL POLICE CODE:

NUMBER & STREET ADDRESS: 405 Middle Gate Rd
APT. NO.:   PHOTO LIC SHOWN:

CITY: Shinnecock   STATE: NY   ZIP CODE: 11968
OWNER IS OPER:   LIC CLASS/ID TYPE: P

I.D. NUMBER: 518 766 495   SEX: M   DATE OF BIRTH: 091775
STATE: NY   LICENSE EXPIRES: 091717
VEH. TYPE:   VEH. YR.:   VEH. MAKE:   VEH. COLOR:
PLATE #:   REG. STATE:   REGISTRATION EXPIRES:

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

TIME (24hour HHMM): 0630   DATE OF OFFENSE: 042017
NYCRR TITLE: 6

IN VIOLATION OF (SECTION AND SUBDIVISION): 40.6(i)   MISD

DESCRIPTION / NARRATIVE:
Possessed a species of a size less than specified to wit 297 undersized eels (under 9 inches)

PLACE OF OCCURRENCE: waters of Taylor's Creek, just off 450 Meadow Ln

IN THE ☐ City ☒ Town ☐ Village OF: Southampton   COUNTY OF: Suffolk   PRECINCT:

COMPLAINANT SIGN AND PRINT NAME/RANK: E. Lucci / ECO

DATE AFFIRMED: 060170   ARREST TYPE:   OFFICER ID #: 620   OFFICER'S COMMAND: MGC

THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN THE:
☐ City ☒ Town ☐ Village ☐ Criminal ☐ District

COURT OF: Southampton Town Court   COUNTY OF: Suffolk
ADDRESS: 32 Jackson Ave
CITY: Hampton Bays   STATE: NY   ZIP CODE: 11946

☒ RETURN BY MAIL BEFORE, OR IN PERSON ON: 060717 at 09:00 AM
☐ MUST APPEAR IN PERSON ON:

BF3562366

| Southampton Town Justice Court | C.C. NUMBER |
|---|---|
| | 17-007008 |
| VIOLATION COMPLAINT | ARREST NUMBER(S) |
| STATE OF NEW YORK }<br>                    }ss:<br>COUNTY OF Suffolk} | Appearance Ticket # AT60496 |
| | DEFENDANTS IN CUSTODY |
| The People of the State<br>of New York | FROM DATE & HOUR TO DATE AND HOUR |
| -vs- | |
| David T. Silva  (DOB: 09/17/1975)     Defendant(s) | |

Name (Complainant): Environmental Conservation Police Officer Evan Laczi, Shield # 620, Of New York State Environmental Conservation Police

205, N. Belle Meade Road, e. Setauket, New York, 11733   being duly sworn, says that on or about

April 20th 2017 at 6:30 AM, At 450 Meadow LN Southampton, New York, in the Town of Southampton, County of Suffolk, State of New York, the defendant

David T. Silva 405 Middle Gate Rd. Shinnecock NY 11968

Did wrongfully and unlawfully committed the offense(s) of:

Possessed on the waters of the marine and coastal district, as defined in Environmental Conservation Law (ECL) a species of a size less than that specified for such species.

In violation of Section   40.1(b)(ii) / 11-1303/ 71-0923   Title 6 New York Code of Rules and Regulations (6NYCRR)/ New York State Environmental Conservation Law, (ECL)

In that:

Part 40 Marine Fish

(Statutory authority: Environmental Conservation Law, §§ 11-0303, 13-0340, 11-1303, 13-0329, 13-0340-a, 13-0340-b, 13-0340-c, 13-0340-e, 13-0340-f, 13-0341, 13-0343)

Sec. 40.1 Marine fish-open seasons, size and catch limits

(b) General provisions.

(1) It is unlawful for any person to take or possess on the waters of the marine and coastal district, as defined in Environmental Conservation Law (ECL) Section 13-0103, or the shores thereof, or anywhere inland from such shores in the counties of Suffolk, Nassau, Queens, Kings, Richmond, New York, Bronx, and those portions of Westchester County within the marine and coastal district bordering on Long Island Sound, fish of the species listed in Tables A, B or C:

(ii) of a size less than that specified for such species or outside of any slot size limit specified for such species

Sec. 13-0339-a. Atlantic cod (Gadus morhua), Atlantic sturgeon (Acipenser oxyrhynchus), shortnose sturgeon (Acipenser brevirostrum), American eel (Anguilla rostrata), Atlantic herring (Clupea horengus), American shad (Alosa sapidissima), alewife (Alosa pseudoharengus), blueback herring (Alosa aestivalis), squid (cephalopoda), and hickory shad (Alosa mediocris).

1. The department may fix, by regulation, measures for the management of the following species:

b. American eel (Anguilla rostrata) until December thirty-first, two thousand sixteen,

Sec. 71-0923. Violations.

8. Any violation of sections 13-0329, 13-0330, 13-0331, 13-0333, 13-0334, 13-0335, subdivision one of section 13-0337, 13-0338, 13-0339, 13-0339-a, 13-0340, 13-0340-a through 13-0340-g, 13-0341, 13-0342, 13-0343, 13-0347, and 13-0349 of this chapter, or of any regulation adopted pursuant to the foregoing sections, shall be punishable by imprisonment of not more than fifteen days or by a fine of the greater of two hundred fifty dollars or:

c. for violations involving more than twenty-five fish, shellfish or crustaceans, one hundred dollars for each fish, shellfish or crustacean taken or possessed in violation of the above sections, or by both such fine and imprisonment.

TO WIT:
The defendant, On the above stated date, time and location, possessed 247 American Eels of a size less than that specified for such species (Under 9 inches)

NOTICE: False statements made herein are punishable as a Class A misdemeanor pursuant to Section 210.45 of the Penal Law.

SWORN TO BEFORE ME, This 6th Day of June 2017.

SIGNATURE OF OFFICIAL ADMINISTERING OATH
LT. Sean Reilly, Shield # 387

ECO Evan Laczi, Shield #620

Photo Log 4.20.17 CFS 17-007008

1- 450 Meadow Ln
2- Tax map 450 Meadow Ln
3- Fyke net in water
4- Silva ID
5- Bucket containing elvers
6- Another Bucket
7- Dip net in back seat
8- Dip net that was seized
9- Large dip net from back of car, also seized had dried eels
10- Scale 1
11- Scale 2 with weight
12- Scale 3 with container
13- Scale 4 with eels in container
14- Eels close-up
15- Eels taken from bucket
16- Seized gear, 2 buckets, large dip net, small dip net
17- Seized Fyke net 46'
18- Scale 1 with weight
19- Scale 2 with bag
20- Scale 3 with elvers