# PLAINTIFFS' EXHIBIT 6