# PLAINTIFFS' EXHIBIT 7

# CERTIFICATE OF DISPOSITION

STATE OF NEW YORK  
SUFFOLK COUNTY

SOUTHAMPTON TOWN COURT  
CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK

    VS.

GERROD T. SMITH; Defendant

CASE NO: 08101351

Date of Birth: 04/14/1955  
Date of Arrest: 10/06/2008  
Disposition Date: 10/14/2009

| Section Charged | Section Disposed | Ticket No & Description | Disposition | Fine | Civil-Fee | Surchg |
|---|---|---|---|---|---|---|
| NYC 40.1b 1 ii | NYC 40.1b 1 ii | BA876749 6 POSS OOS SUM FLNDER | Dismissed | 0.00 | 0.00 | 0.00 |
| NYC 40.1b 1 ii | NYC 40.1b 1 ii | BA876748 5 POSS UNDERSIZE BLKFS | Dismissed | 0.00 | 0.00 | 0.00 |
| NYC 40.1b 1 ii | NYC 40.1b 1 ii | BA876747 4 POSS OOS PORGY | Dismissed | 0.00 | 0.00 | 0.00 |

Upon a proper request for an official statement of disposition, I certify that the above named defendant having appeared before this court was charged as shown above. Each of the charges was disposed of as indicated.

Dated: The 19th day of October 2009

Hon. Andrea H Schiavoni

NOTE: A copy of the request will be filed with this certificate in the case records.

CAUTION: This information must not be divulged if the case is sealed or where the defendant has been adjudicated a youthful offender.

Copies: ___ Court, ___ Defendant, ___ Agency, ___ DA