# APPENDIX ONE

# RECORDS

—OF THE—

# TOWN OF EAST-HAMPTON,

## LONG ISLAND, SUFFOLK CO., N. Y.,

—WITH OTHER—

# Ancient Documents of Historic Value.

---

# VOLUME I.

This volume includes the Records from 1639 to 1679-80 transcribed under direction of Committee appointed to reproduce the Records, by Town Meeting, April 3, 1883, with an Introduction by Hon. H. P. Hedges, published at the expense of the Town and by its authority.

JONATHAN T. GARDINER,
JONATHAN BAKER,
JOSEPH S. OSBORNE,
Committee.

SAG-HARBOR :

JOHN H. HUNT, Printer.

1887.

# RECORDS

—OF THE—

## Town of East-Hampton, L. I.

———:o:———

Book 2, page 165.—Know all men whom this psent writinge may concerne yt I James ffarrett of Long Island gent. Deputy to the Right honorabell the Earle of Starlinge Secretary for the kingdome of Scottland do by these prsence in the name & behalfe of the sd Earle of Starlinge and in my owne name alsoe as his deputy as it doth or may concerne my selfe give & grant free leave & liberty to Lion Gardiner his heyeres executors & assignes to enioy that Island wch hee hath now in possession called by the Indians Manchonacke by the English Ile of wight I say to enioy both now & for ever, wch Iland hath bene purchased befoie my cominge from the ancient Inhabitants the Indians, nevrtheles though the sd Lion Gardiner had his possession first from the Indians before my cominge yet is he now contented to hould the tenor and title of the possession of the aforesd Iland from the Earle of Starlinge or his sucsessors whomsoever whoe hath a grant from the kinge of England under the great Seale of the aforesd kingdome: be it knowne therefore that I the sd James ffarrett doe give & hath given free liberty and power to the sd Lion Gardiner his heyers executors & assigne & their sucsessors for ever to enioy the possession of the abovesd Iland to build & plant there on as best liketh them & to dispose thereof as they

thinke fitt and alsoe to make execute or put in practice such
Lawes for church & Civill Govment as are accordinge to gods
the kings and the practice of the Country without giveing any
account there of to any whomsoever and the aforesd right &
title both of land & govrment to remayne wth & to them &
their sucsessors for ever without any trouble or molestacon
from the sd Earle or any his sucsessors for now & ever, and
for as much as it hath pleased our Royoll kinge to give the
patten of Long Iland to the aforesd Earle of Starlinge in con-
sideracon whereof it is agreed upon, that the trade wth the
Indians shall remayne wth the sd Earle & his sucsessors to
dispose upon from tyme to tyme & at all tymes as best liketh
him : notwithstanding the sd Lion Gardiner to trade wth the
Indians for corne or any kind of victuals for the use of the
plantacon and noe further and if the sd Lion Gardiner shall
trade in wampun from the Indians he shall pay for every
fathom twenty shillings as alsoe the sd lion gardiner and his
sucsessors shall pay to the sd Earle or his deputyes a yearely
acknowledgement beinge the sume of five pounds beinge law-
fully demanded of Lawfull money of England or such comodi-
tyes as at that tyme shall passe for money in the Country and
the first payment to begin the last of October 1643 the three
former years beinge advanced for the use of the sd James ffar-
rett in witness where of the sd party have put his hand &
seale the tenth day of March 1639.

JAMES FFARRETT.

Sealed & Delivred in the prsence of
      FFOOLKE DAVIS, BENJAMINE PRICE.

HEDGES BOOK, page 72.

APRILL the 29th, 1648.
This present writing testifieth an agreement between the
worship'll Theophilus Eaton, Esquire, Governour of the Colo-

Case 2:18-cv-03648-SJF-SIL   Document 46-1   Filed 07/23/18   Page 5 of 44 PageID #: 218

ny New Haven, And the worship'll Edward Hopkins, Esquire, governour of the Colony Connecticut, and their astoyats on the one parte, And Poggatacut, Sachem of Munhansett, Wayandanch, Sachem Meuntacut, Momowetow, Sachem of Corchake, Nowedonah, Sachem of Shinecoke, and their asotyts, the other Part.    The said Sachems having sould unto the foresaid Mr. Eaton and Mr. Hopkins, with their asotyats, all the Land lyinge from the bounds of the Inhabitants of Southampton, unto the East side of Napeak, next unto Meuntacut high Land, with the whole breadth from Sea to Sea, not Intrenching uppon any in length or breadth, which the Inhabitants of Southampton, have and do possess, as they by Lawfull right shall make appeare, for and in consideration of twentie Coates, twentie-four looking-glasses, twentie four hoes, twentie-four hatchets, twentie-four knives, One hundred muges, allready Received by us, the forenamed Sachems, for ourselves and asotyats ; and in consideration thereof, we doe give upp unto the said Purchasers, all our right and Interest in the said Land, to them and their heirs forever.

Allsoe doe bind ourselves, to secure their right from any claims of any others, whether Indians, or other Nation whatsoever, that doe, or may hereafter, challenge Interest therein. Allsoe, we, the said Sachems, have Covenanted to have Libertie, freely to fish in any or all the cricks and ponds, and hunt up and downe in the woods without Molestation, they giving the English Inhabitants noe just offence, or Iniurie to their goods and Chattells.    Likewise, they are to have the fynns and tails of allsuch whales as shall be cast upp, to their proper right and desire they may bee dealt with in the other part.    Allsoe, they reserve libertie to fish in all convenient places, for Shells to make wampum.    Allsoe, if the Indyans, hunting of any deare, they should chase them into the water, and the English should kill them, the English shall have the body, and the Sachem the skin.

And in Testimony of our well performance hereof, we have sett to our hands, the Day and year above written.

Witnesses to this,
RICHARD WOODHULL
THO STANTON,
ROBERT BOND,
JOB SAYRE.

The marke of POGGATACUT, Munhansett Sachem.
The marke of WAYANDANCH, Meantacutt Sachem.
The marke of MOMOWETA, Corchake Sachem.
The marke of NOWEDONAH, Shinecok Sachem.

*Cheetanoo,* ✕ *his marke, theis Interpreter,*

The assignment to the Inhabitants of East Hampton is as follows:

Whereas, by direction from Theophilus Eaton, Esq., and me Edward Hopkins, a purchase was made by Thomas Stanton and others, of a part of the Esstern Part of Long Island, of the Indians Sachems, the true proprietors thereof, in the name of Theophilus Eaton, Esq., aforesaid, and myself, with our associates, as by the said agreement, dated the 29th of April, 1648, may more fully appear, which said purchase was paid by me, Edward Hopkins, and amounted to the Sum of Thirty pounds four shillings eightpence, as may appear by a Note of Particulars, under the hand of Thomas Stanton, to whom the said sum was paid, now delivered to Robert Bond, of East Hampton.   This writing witnesseth that I have received the foremeneioned sum of Thirty pounds four shillings eight pence, of the Inhabitants of East Hampton, and have delivered unto them the writings of the said purchase, and all the interest that thereby was purchased.   In witness whereof, I have herevnto subscribed, the 16th of Aprill, 1651.

I say received,                    £    S    D

                                   38   4    8   per me
                                   EDWARD HOPKINS.

A true copy per me,
          THOMAS TALMAGE, Rec.


PAGE 18, Book A or page 1, Book B—Articles of agrement betwene Mr Daniell How of the one party and Thomas Backer

the other party : The said Daniell How hath sould and allyan-
ated vnto Thomas Backer all his accomodations at Easthamp-
ton with howsings orchards gardens ffenceings lands & mead-
ows withal what hee now posseseth & what is or may belonge
vnto him with relation to his lott as his right to his setlinge
there ; ffor & in Consideracon of paying vnto the said Daniell
How the sum of twenty pound to him or his assignes the 29th
day of September next ; at the which day of September next
the said Daniell How is to deliver the said purchase with all
the appurtenances vnto the said Thomas Backer ;  & to free
the said Thomas of all rates & charges from Church or Comon
wealth ; or purchase from the Indians soe that the said Thom-
as is not to pay any charg about the lot whatsoever ; due be-
fore the 29th Day of September next except what fenceing to
bee done from this day being the tenth of May 1650 in witness
hereof they have both sett their hands the day & yeare above.

DANIELL HOW
THOMAS BACKER

Witnes ALEXANDER BRYAN EPHRAIM HOW.


Received this 10th of May 1650 the sum of twentie pounds
& is in full payment of the lot which was myne at Easthamp-
ton & now sould to Thomas Backer of Mylford I say reed by
me Daniell How in full payment of my lott withall the accom-
odacons & Convenyences belonging therevnto of my Cousin
Alexander Bryan the sum of twentie pound & the lott & ac-
comodacons to be delivered to and for the use of Thomas
Backer the 29th of September next ensueing.

DANIELL HOW.


Recd this 24th of August 1650 of Thomas Backer the sum

| | | | |
|---|---|---|---|
| 2 accors of broke up land | 1 | 0 | 0 |
| 4 accors and ahalfe unbroke at the Indian well | 2 | 5 | 0 |
| 3 accors in the woods in the mil plaines | 0 | 12 | 0 |
| Book 2, page 80.—Torn short leaf.— | | | |
| for stubing at home and fencing half an accor at both ends | — | 8 | 0 |
| 2 accors and orhalfe at home 4 acc ad | 3 | 10 | 0 |
| meadow | 8 | 0 | 0 |
| 6 accors by hooke po | 3 | 0 | 0 |
| 6 accors at Indi well | 3 | 0 | 0 |
| 10 accors at the mill | 2 | 0 | 0 |

In Case of a new Division of land Robert per is to have tow accors and John Cirtland one and For the whale it is to be Devided in the midel and for Eatch man to serve as the towne Order require for John Certlands meadow it shal ly in the great meadow at the hommock if ther be not a then of the meadow he shal have it mayd up.

EASTHAMPTON Aprill 13th 1660.

Book 2, page 84.—It is ordered that Master Baker Thomas Talmage and Beniamine Price shall have power to sell any timber or trees to any fforiner for the use of the towne and that noe other man shall have liberty to sell any tree or trees eyther broken or whole vpon penalty of Payinge twice the price of the tree till the the towne gives farther order.

JUNE the 4th 1660.

It is iointy agreed that if mr Stanborough or John Tappin doe not psecute accordinge to their bonds that then wee doe hereby impower our Atturney mr Tho: Baker to rest and

psecute in our behalfe as hee shall see meete for the poundage of the sheepe.

Book 2, page 81.—This meetinge witnesseth an exchange of Land betwne Samuell. Parsons and John Hand iunior that is to say that the sd Samuell Parsons doth hereby deliver up all his propriety and his fathers in the 18 ackers of wood land in the last devision to the above named John Hand in leiwe of 16 ackers and an halfe of the sd John Hands land lieinge Eastward 8 by the Indian well 6½ in the woods and 2 ackers next to Richard Brookes on the plaine. witnesse our hands this 11th of June 1660

JOHN HAND
SAMUELL PERSONS
(Aut.)

JUNE 13 1660.

Book 2, page 84.—It is ordered yt noe oxen shalbe baited within the Corne fielns without the owner or some house-holder doe constantly attend them vpon penalty of 5s for evry defalt and pay all damages beside, and that the fence be-twne Will: Hedges and goodman Osburne shalbe made fast up for this yeare.

JUNE 27th 1660.

Book B, page 139.—Henry Ludlow marked a colt of a gray mare of Elis Cookes that had both eares Cropt and a slit in the right eare before vs Jeremy Mechem John Osburne & Ben: Price Recorder.

JUNE 28th 1660.

Book 2, page 85.—It is agreed vpon and ordered that evry man shall take his turne to watch the beach at georgica till it

# THE FIRST



## OF THE

# Town of Southampton

### WITH OTHER

## ANCIENT DOCUMENTS

### OF HISTORIC VALUE,

Including all the writings in the Town Clerk's office from 1639 to 1660 ; transcribed with Notes and an Introduction by Wm. S. Pelletreau, and compiled by the undersigned Committee, chosen at Town Meeting, April 1st, 1873, and published at the expense of the Town, by its authority.

HENRY P. HEDGES,
WM. S. PELLETREAU,
EDWARD H. FOSTER.

John H. Hunt, Book and Job Printer,
Sag-Harbor, N. Y.
1874.

viz, the land within granted being a meere wilderness and the natiues of the place pretending some Interest which the planters must purchase and they might haue had land enough gratis (and as convenient) in the massachnsetsor other of the Collonies with liberty to trado with the Indians (which they are debared from) and for that they had possesed and improned this place before any actuall claime made thereto by the Right honbbl., the Earle of Starling, or had any neede of his lordships patent, and whereas his lordship (vpon consideration I suppose of the promises) reqnired nothing of them but in way of acknowledgement of his interest, I doe hero vpon conceive and doe accordingly, (so farr as power is given me) order and sitt downe that the Inhabitants of the tract of land within mentioned or the plantation now called Southampton, vpon Long Island, and their successors for ever shall pay yearely to the saide Earle of Starling his heirs or assignes vpon the last day of 7 ber, att Southampton aforesar'd toure bushells of the best Indian Corne theire growing, or the value of so much in full satisfaction of all rents and services services (the 5th part of gold and silver oure to the kings majesty reserved always excepted.) In testimony where of I have hereunto sett my hand, dated 20 (8) 1641.

JO. WINTHROP.

---

### Indian Deed.

This indenture, made the 13th day of December, Anno Dom. 1640, betweene Pomatuck, Mandush, Mocomar.to, Pathemanto, Wybbenett, Wainmenowog, Heden, Watemexoted, Cheekepuchat, the natiue Inhabitants & true owners of the eastern pt. of the Long Island, on the one part, and Mr. John Gosmer, Edward Howell, Daniell How, Edward Needham, Thomas

Halsey, John Cooper, Thomas Sayre, Edward Harrington, Job
Sayre, George Welbee, Allen Breade, Will'm Harker, Henry
Walton, on the other part, witnesseth that the sayed Indians
for due consideration of sixteene coats already received, and
alsoe three score bushells of indian corne to bee payed vpon
lawfull demand the last of September, which shall bee in the
yeare 1641, & further in consideration that the above named
English shall defend vs the sayed Indians from the uniust vio-
lence of whatever Indians shall illegally assaile vs, doe ab-
solutely & for ever give & grant & by these presents doe ac-
knowledge ourselues, to have giuen & granted to the partyes
above mentioned, without any fraude, guile, mentall reserva-
tion or eqmivocation to them & theire heires & successors for
ever, all the lands, woods, waters, water conrees, easements,
proffits & emoluments thence arisinge what soener, from the
place comonly knowne by the place where the Indians hayle
over their cannooes out of the North bay to the south side of
the Island, from thence to possess all the lands lying eastward
between the forsaid bounds by water, to wit, all the lands lying
eastward between the foresaid bounds by water, to wit, all the
land pertaining to the parteyes aforesaid, as alsoe all the old
ground formerly planted lying eastward from the first creek at
the westemore end of Shinecock plaine, To have & to hold
forever without any claime or challenge of the least title, in-
terest or propriety whatsoever of vs the sayd Indians or our
heyres or successors or any others by our leave, appointment
license counsel or authority whatsoever, all the land bounded
as is above said.   In full testimonie of this our absolute bar-
gaine, contract & grant indented & in full & complete satisfac-
tion & establishment of this our act & deed of passing over all
our title and interest in the premises, with all emoluments &
profits thereto appertaining or any wise belonging from sea or
land within our limitts above specified without all guile wee hane
set to our hands the day and years aboue sayd.

Memorand.   Before the subscribing of this present writing it
is agreed that the Indians aboue named shall haue libertie to

14          RECORDS: TOWN OF SOUTHAMPTON.

breake vp ground for theire vse to the westward of the creek
afore mentioned on the west side of Shinecock plaine.

> MANATACUT, X his mark,
> MANDUSH, X his mark,
> WYBENET, X his mark,
> HOWES, X his mark,
> SECOMMECOCK, X,
> MOCOMANTO, X,
> these in tho name of the rest.

Witnesses of the deliverie
& subscribinge this writing,
> ABRAHAM PIERSON,
> EDWARD STEPHENSON,
> ROBERT TERRY
> JOSEPH HOWE,
> THOMAS WHITEHONE,
> JOSHUA GRIFFITHS,
> WILLIAM HOWE.

### Confirmation of the Indian deed.

NOVEMBER THE 24th, 1686.

This day Apeared before me Llift. Collonll John Youngs Esq.,
one of his Majesties Iustices of the peace, eleven of the Cheile
of the Indians of Shinecock, namely : Pungamo, Sachem, who
is son and heire to the within subscribed Mandush, and quaqua-
shawg, Iohn man, Cobil, asport, palamcowet, wahambahaw,
wiack hance, Suretrust Saspan Ahickock, five whereof being
old men, Did declare before me as followeth (viz) that the
aforesaid Mandush Sachem and true proprietor with those In-
dians with him subscribed to ye within written Deed, with ye
full consent of the Rest of the Indians of Shinecock & did ac-

### Indians' Agreement with Lion Gardiner.

Be it knowne unto all men by this present writing, that this Indenture covenant or Agreement was made the tenth of Iune in the yeare of our Lord 1635 between Wyandance Sachem of Pawmanack with his son Wiacombone and their Asociates, that in Sasagatuco, Checanon, & mamauete, on ye other side Lion Gardiner for himself his heirs executors and assigns, that is to say that the foresaid Sachem Wiandance hath sould for a considerable sum of money and goods, a certaine tract of beach land with all ye rest of ye grass that joynes to it not seperated trom it by water, which beach begins eastward at the west end of Southampton bounds, and westward where it is separated by ye waters of ye sea coming in out of the ocean sea, being bounded, Southwards with the great sea, Northwards with the inland water, this land and the grass thereof for a range or run for to feed horses or cattle on I say I have sold to the foresaid Lion Gardiner his heirs executor and assigns for ever for the sum aforesaid and a yearly rent of twenty five shillings a year which yearly rent is to be paid to the foresaid Sachem his heirs executors and assigns for ever, in the eighth month called October then to be demanded, but the whales that shall be cast vpon this beach shall belong to me, and the rest of the Indians in their bounds as they have beene anciently granted to them formerly by my forefathers, And also liberty to cut in the summer time flags bullrushes and such things as they make their mats of provided they doe noe hurt to the horses that is thereon. And that this writing is to be understood according to the letter, without any reservation or further Interpretations on it we have both of us Interchangeably set to our hands and seales

*Lion Gardener*

Autograph of Lion Gardiner.

Signed Sealed and   The SACHEM H mark

| | |
|---|---|
| delivered in the | The mark of X his sons WIACOMBONE |
| presence of us | SASAGATACO S mark |
| David Gardiner | CHECANOE A mark |
| Ieremiah Conkling | MAMANETE 8 mark |

I Iohn Cooper do accept this writing and promise for myself my heir executors and assigns to performe the payment which is above specified, Witness my hand this 23 day of December 1658. In presence of ye underwritten witness

Thomas Osburne   Ieremiah Conkling.


At a court of Sessions held at Sessions held at Southold in the East Riding of Yokshire upon Long Island the 7th day of Iune, by his majesties Authority in the 17th year of ye reigne of our Sovregue Lord Charles the second by the grace of God of Great Brittain France and Ireland King defender of the faith &c and in the yeare of our Lord God 1665.

Whereas Mr Ogden did sell a parcell of land to the Inhabitants of the towne of Southampton which was given and granted to him by ye late Sachem Wyandanee & his son, with a reservation of twenty five shillings a yeare to him and his heirs atter the expiration of some years which Thomas Halsey hath or had therein, this court doth order that the said some of twenty five shillings so reserved to be paid yearly as aforesaid (when Thomas Halseys time shall be expired) shall be payed unto the sunk squaw daughter & heire to the said sachem, & to her heires and assigns according to the Intrest of the grant above mentioned by the persons in Possession of the said lands who may claim their satisfaction for Mr Ogden who sold it to them.                              By me

RICHARD TERRY,

Clark of the sessions.

# RECORDS..

## Town of Brookhaven,

### UP TO

### 1800.

## AS COMPILED BY THE TOWN CLERK.

PATCHOGUE:
PRINTED AT THE OFFICE OF THE "ADVANCE."

1880.

Silva-015

hereby ingage himself, for, and on the behalf of his Neighbours, to pay, or Cause to be paid, unto the foresaid Sachems, twenty Coats, twenty hoes, Twenty Hatchets, forty Needles, forty Muxes, ten pound of powder, ten pound of Lead, Six pair of Stockins, Six Shirts, one Trooper's Coat, made of Good Cloath; Twenty knives, one Gunn, for and in Consideration of the aforesaid goods, Wiandance, the Sachem of Mentauk, and Wenecoheage have Sold the Aforesaid Meadows, to be the aforesaid Mr. Richard Woodhull's and his Neighbours, and their Heirs forever, and do hereby promise and ingage themselves, to free and Defend the Said Meadows from all others, that may any ways make any Claim thereunto, and in Witness hereof, the aforesaid Sachems and Mr. Woodhull, have interchangably Set their hands this 20 July, 1657.   This to be paid upon demand.

|  |  |
|---|---|
| in presence of | RICHARD WOODHULL, |
| JOHN STICKLING, | this mark X Mentauk Sachem, |
| JONAH WOOD. | the mark woneco, X Sachem. |

———o———

## WYANDANCE TO LION GARDENER.

### Deed of Beach.

BE it knowne unto all men, by this present writing, that this Indenture, covenant, or Agreement, was made the tenth of Iune, in the yeare of our Lord, 1658, between Wyandance, Sachem of Pawmanack, with his son Wiacombone, and their Asociates, that in Sasagataco, Checanou & mamaneto, on ye other side Lion Gardiner, for himself, his heirs, executors and assigns, that is to say, that the foresaid Sachem, Wiandance hath sould for a considerable sum of money and goods, a certaine tract of beach land, with all ye rest of ye grass that joynes to it, not seperated from it by water, which beach begins Eastward at the west end of Southampton bounds, and westward where it is separated by ye waters of ye sea, coming in out of the Ocean Sea, being bounded Southwards with the great sea, Northwards with the inland water; this land and the grass thereof for a range, or run, for to feed horses or cattle on, I say, I have sold to the aforesaid

Lion Gardiner, his heirs, executor and assigns forever, for the sum aforesaid, and a yearly rent of twenty-five shillings a year, which yearly rent is to be paid to the foresaid Sachem, his heirs, executors and assigns for ever, in the eight month, called October, then to be demanded, but the whales that shall be cast upon this beach shall belong to me, and the rest of the Indians in their bounds, as they have beene anciently granted to them formerly by my forefathers.

AND also liberty to cut, in the summer time, flags, bullrushes, and such things as they make their mats of, provided they doe noe hurt to the horses that is thereon. And that this writing is to be understood according to the letter, without any reservation or further Interpretations on it, we have both of us, Interchangeably set to our hands and seales.

|  |  |
|---|---|
|  | LION GARDENER |
| Signed, Sealed and | The Sachem X mark, |
| delivered in the presence | The mark of X his sons WIACOMBONE, |
| of us | SASAGATACO X mark, |
| DAVID GARDNER, | CHECANOE X mark, |
| IEREMIAH CONKLING, | MAMANETE X mark. |

I, Iohn Cooper, do accept this writing and promise for myself, my heir, executors and assigns, to performe the payment which is above specified. Witness my hand, this 23 day of December, 1658. In presence of ye underwritten witness.

THOMAS OSBURNE,
JEREMIAH CONKLING.

————o————

## PUNCTUALITY AT TOWN AND TRUSTEE MEETINGS.

AT a town meting, held the first deceem, 1659, It was ordered that whoever be Defective in apearance to the Towne meetings, upon lawfull warning, thay shall forfeit 2 shillings 6 pence, for the Town's use, unles they can give a Reson, that may Satisfy the maior pt. of the towne. In 1701, The Trustees ordered that a member being one hour late, should be fined 3s,

Silva-017

Wyandance To Lion Gardener

Deed of Beach

   Be it knowne unto all men, by this present writing, that this Indenture, covenant, or Agreement, was made the tenth of Iune, in the yeare of our Lord, 1658, between Wyandance, Sachem of Pawmanack, with his son Wiacombone, and their Associates, that in Sasagataco, Checanon & mamaneto, on ye other side Lion Gardiner, for himself, his heirs, executors and assigns, that is to say, that the foresaid Sachem, Wiandance, hath sould for a considerable sum of money and goods, a certaine tract of beach land, with all ye rest of ye grass that joynes to it, not seperated from it by water, which beach begins Eastward at the west end of Southampton bounds, and westward where it is separated by ye waters of ye sea, coming in out of the Ocean Sea, being bounded Southwards with the great sea, Northwards with the inland water; this land and the grass thereof for a range, or run, for to feed horses or cattle on, I say, I have sold to the aforesaid Lion Gardiner, his heirs, executor and assigns forever, for the sum aforesaid, and a yearly rent of twenty-five shillings a year, which yearly rent is to be paid to the foresaid Sachem, his heirs, executors and assigns for ever, in the eight month, called October, then to be demanded, but the whales that shall be cast upon this beach shall belong to me, and the rest of the Indians in their bounds, as they have beene anciently granted to them formerly by my forefathers.
   AND also liberty to cut, in the summer time, flags, bulrushes, and such things as they make their mats of, provided they doe noe hurt to the horses that is thereon.  And that this writing is to be understood according to the letter, without any reservation or further Interpretations on it, we have both of us, Interchangeably set to our hands and seales.

| | |
|---|---|
| Signed, Sealed and | LION GARDENER |
| delivered in the | The Sachem X mark, |
| presence of us | The mark of X his sons WIACOMBONE, |
| | SASAGATACO X mark, |
| DAVID GARDINER, | CHECANOE X mark, |
| IEREMIAH CONKLING, | MAMANETTE X mark. |

   I, Ione Cooper, do accept this writing and promise for myself, my heir, executors and assigns, to performe the payment which is above specified.  Witness my hand, this 23 day of December, 1658.  In presence of ye underwritten witness.

                                             THOMAS OSBURNE,
                                             JEREMIAH CONKLING.

- - - -   - - - -

The above deed is taken from "Records: Town of Brookhaven, Up To 1850," as compiled by the Town Clerk, as published in 1880, for the Town of Brookhaven, County of Suffolk, State of New York.  "Errors" in spelling are copied exactly as contained in the printed deed.  It is interesting to note vestiges of Middle English.

# THE SECOND

# Book of Records

OF THE

# Town of Southampton

## LONG ISLAND, N. Y.,

WITH OTHER

## ANCIENT DOCUMENTS

### OF HISTORIC VALUE,

Including the Records from 1660 to 1717; transcribed with notes and an Introduction by Wm. S. Pelletreau, and compiled by the undersigned Committee, appointed at Town Meeting, April 4th, 1876, and published at the expense of the Town, by its authority.

HENRY P. HEDGES,
WM. S. PELLETREAU,
EDWARD H. FOSTER.

SAG-HARBOR:
**JOHN H. HUNT,** Printer.

1877.

Silva-019

### Wyandanch's Deed to John Ogden.

May 12 1659  Be it knowne unto all men that by this pres-
ent writing that I Wiandance Sachem of Paumanwcheon Long
Island have upon deliberate consideration, and with  my sonne
Weeuyacomhoune, both of us together, given and granted unto
Mr Iohn Ogden and his heirs for ever. I say freely given a cer-
tain tract of land, beginning at  the  westward end of South-
ampton bounds, which land  is  bounded, eastward with South-
ampton bounds, and with a small piece of  meadow which I gave
to Mr Iohn Cusmer, which  he is to  enjoy, Northward to the
water of the hay and to the creek of Accaboneke, Westward to
the place called Peheeanmache, and  Southerly to Potuncke,
three miles landward in from the high water marke, and creeke
of accaboucke, and soe to the west,    But from this three miles
bredth  of land southward all  the land and meadows towards
the south sea  the beach only excepted which  is sold to Iohn
Cooper,  I say all the lands and meadows I have sold for a con-
siderable price unto Mr. Iohn Ogden for himself his heirs exec-
utors and assigns for ever upon conditions as followeth, first that
Thomas Halsey and  his  associates shall have  the  privilege of
the place of  meadow  called ququanantuck, the term  of  years
formerly granted to him  or  them, but the land lying betweene
ququanantuck and three miles northward he shall or may pos-
sess and improve  at present, but when the years of  the afore-
said Thomas Halsey shall  be  expired, then shall the aforesaid
Mr Iohn Ogden or his assigns fully possess and improve all qua-
quamauntck meadow with the rest aforesaid, and then shall pay
or cause to be paid unto me Wyandance my heirs and assignes
the summe of  twenty five shillings a yeare as a yearly acknowl-
edgement or rent for ever,  And it is also agreed that we shall
keepe our privilege of fishing, fowling, or gathering of berries
or any other thing for our use, and  for  the full and firme con-
firmation hereof we have both parties set too our hands markes
and seals interchangably   The date and year above written

                              IOHN OGDEN     [L.S.]

  In the presence of us
DAVID GARDINER

Lion Gardener

Autograph of Lion Gardiner.

354          RECORDS: TOWN OF SOUTHAMPTON.

w<sup>ch</sup> is the award of Mr Winthrop with Mr ffarrets memorandum, and another deed of Mr ffarrets with a coppy of the first of them, and the Articles of agreement with the Indians in ye yeare 1649.

Governor Niccolls his determination concerning the Towne Mr Topping and Iohn Cooper, a coppy of it recorded, Capt. Toppings deed with his Assignement on ye back of it to the towne. The originall of the Indians deede assureing ye lands to the Towne w<sup>ch</sup> they bought of Capt Topping, a copy of it recorded. Mr Scotts deede to the Towne for ye meadows & land to Peaconnet, the deed for the hearbidg of the beach, with Iohn Cooper's Assignement. The final conclusion with Southhold Comitties concerning the accabank meadows, ye order for paymt of ye Cuntrys rate in 67, ye coppy of the letter intended to bee sent to ye Governor in 69, more ye great book of records with a parchment cover, more the old book of records, with a large bundle con<sup>t</sup> part of the blue book & many other writings, more 3 great roles of papers, and the two books of records of cattle & some time in ye hands of Mr Laughton. Memorand, with ye coppy of ye said deed signed as recorded (record was an error) and is delivered in amongst ye papers, with a coppy of ye Articles of Agreement with ye Indians recorded, wee say rec<sup>d</sup> ye above mentioned writings and books, &c by vs with our copartners, witnes our hands the day & yeare above written.

|  |  |
|---|---|
| In presence of | IOSEPH RAYNOR |
| his | IONAS BOWER |
| IOHN ⋈ IESSUP | his |
| mark | ISAAC ⋈ HALSEY |
| IOHN LAUGHTON | mark |
|  | THOMAS COOPER. |

D

May 12 1659. Be it knowne unto all men that by this present writing that I wiandance Sachem of Pawmanache or Long

Island, have upon deliberate consideration, and with my sone
weeacacombone both ot us together given and granted unto
Mr Iohn Ogden and his heires forever, I say freely given, a
certaine peece of land beginning at the westward end of South-
ampton boundes, which land is bounded Eastwards with South-
ampton bounds, and with a small peice of meadow which I
gave to Mr Iohn Gosmer which he is to injoy, Northwards to
the water of the bay and to the cricke of accabaucke Westwards
to the place called Pehecannacke, and Southerly to Potuncke
three miles landwards in from the highwater marke and creeke
of accabaucke, and so along to the west.   But from this three
miles bredth of land Southward all the land and meadow to-
wards the South sea the beach only excepted which is sold to
Iohn Cooper.   I say all the land and meadow I have sold for
a considerable price unto Mr Iohn Ogden for himselfe his heires
executors and assigns for ever, upon condition as followeth,
first that Thomas Halsey and his Associates shall have the priv-
ilidge of the peice of meadow called qaaucawnantuck the terme
of yeares formerly granted to him or them but the land lying
between quaucawnantuck and three miles northward he shall or
may possess and improve at present, but when the yeares of the
aforesayed Thomas Halsey shall be expired then shall the afore
said Mr Iohn Ogden or his assigns fully possess and improve
all quaucaunantucke meadow with the rest aforesayed and then
shall pay or cause to be payed unto me wiandance my heires
or assigns the summe of twenty five shillings a yeare as a year-
ly acknowledgement or rent for ever.   It is also agreed that
wee shall keepe our privilidges of fishing fowling hunting or
gathering of berrys or any other thing for our use, and for the
full and firme confirmation hereof we have both partyes set too
our hands markes and seales interchangeably. the date and
yeare above written.

Signed sealed and                    IOHN OGDEN.     [L. S.]
  delivered in the
  presence of us
      DAVID GARDINER,

      Lion Gardener

June 8, 1659 Deed to Beach
(State Defendants' Transcription)

Be it knowne unto all men by this present writing, That I Wyandanch Sachem of Paumanuck on
Long Island, and with my Sonn, Wecayaccombeoun, have sold unto Lyon Gardener, his heirs
Executors and Assigns, I say I have sold all the Bodys and Bones of all the Whales that shall
come upon the Land, or come a Shoare from the Western end of Southhampton Bounds, unto the
place called Kitchaminchoke, yet reserving to ourselves and Indyons, all the Tails and fins for
ourselves; The terme of Years from the date hereof, shall hold in force for this space of twenty
and one years, and for the [gotten] continnuance of Love and Peace, between us, I say it shall
bee, that if any Whale shall bee cast up in the bounds aforementioned, whether it bee found by
English or Indyons, it shall bee judged by them both whether it bee a whole Whale or a halfe or
otherwise.  Now for every whole whale that shall come up, the aforesaid Lyon Gardener or his
Assigns, shall pay or cause to be paid unto mee Wyandanch, the Sum of five pounds Sterling, or
any good pay which wee shall accept of, but if it bee a halfe whale, a third part, or otherwise,
they shall pay according to Proportion and this pay shall be within two Monethes after they have
cut out and carryed the Whale home to their Houses but in case there shall not five whales come
up, within the terme abovesaid, then shall the aforesaid Lyon Gardener, or his Assigns, have the
next five Whales, that shall come up after the Terme, paying to mee, my heirs Executors or
Assigns, the Sum above mentioned, and for the true performance of the promises.  Wee have
hereunto Sett our hands and Seals.

Signed Sealed in the presence of us.

The Sachems (Marks)
Weeayacombounes (Marks)

Benjamin Price
Jeremy Concolin
David Gardener


Be it knowne to all whom it may anyway concern, That I Lyon Gardener do give to John Cooper
of Southhampton, all the right and priviledges of this Deed, too performme the Covenant, as I
was to have done, with my hand in the presence of the underwritten witnesses.

Lyon Gardener

Robert Bond
Thomas Osborn Junior



South Hampton Bounds, unto the place called
Kitchaminchok not according to our words
and Indyans, all the Sailes and fues for
our selues, She towne of Yeares twenty date
funds, shall hold in fence fou the space of
twenty and one yeares, and fou the better con-
tinuance of Loue and Peace, betweene us, I
say it shall bee, that if any Whale shall bee
cast up in the bounds aboue mentioned, whe
tion it bee found by English or Indyans, it shall
bee Judged by them both whether it bee a whole
Whale, or it haue or a tren wise, How soe euer
whole whale that shall come up, the afore
said Lyon, Gardinen or his Assignes, shall pay
or cause to bee paid unto med wyandaned, the
Summe of fiue pounds Sterling, on any good pay
which wee shall accept of, but if it bee a half

Sikva-024

I say, I have sold all the Bodyes and bonds of all the Whales that shall come upon the bou=
nds, or come a shoar from the Wester end of
South Hampton bounds, unto the place called
Ketchaminchoke, not accounting to our selves
said Indyans, all the Tailes and fins, for
our selves, the tound of yeares for my said
bargain, shall hold in force for the space of
twenty and one yeares, and for the better con=
tinuance of love and peace betweene us, I
say it shall bee, that if any Whale shall bee
cast up in the bounds above mentioned, whe-
ther it be found by English or Indyans, it shall
bee judged by them both whether it bee a whole
Whale, or a halfe, or otherwise, Now for every
whole whale that shall come up, the afore
said Lyon Gardinor or his Assignes, shall pay
or cause to bee paid unto med wyandanc, the
Summe of five pounds Sterling, or any good pay
which wee shall accept of, but if it bee a halfe
whale, a third part, or otherwise, they shall pay
according to proportion, and this pay shall bee
within two Monethes after they have sett out

and

Silva-025



... to their Heires
... Paten come
... tion shall the
... of Signes...
... that shall come
... sound my heires
... Names above
... and performance of
... hereunto Sett Our

Wuheam [H] Mark[s]
Wenyacombone [Z] Mark[s]

... Brus
... Caroto
... Gardener

Bee it knowne to all whom it may concerne
... That I Lyon Gardener do give to
John Cooper of Southampton, all the right
and priviledge of this Deed, the performance
the Covenant, as I was to have done, Witn
my hand in the presence of the under written
witness                    Lyon Gardener

Robert Bond.
Thomas Osborn Junior

Silva-026

# THE SECOND

# 𝔅𝔬𝔬𝔨 𝔬𝔣 𝔯𝔢𝔠𝔬𝔯𝔡𝔰

OF THE

# Town of Southampton

## LONG ISLAND, N. Y.,

WITH OTHER

## ANCIENT DOCUMENTS

### OF HISTORIC VALUE,

Including the Records from 1660 to 1717; transcribed with notes and an Introduction by Wm. S. Pelletreau, and compiled by the undersigned Committee, appointed at Town Meeting, April 4th, 1876, and published at the expense of the Town, by its authority.

HENRY P. HEDGES,
WM. S. PELLETREAU,
EDWARD H. FOSTER.

SAG-HARBOR:
JOHN H. HUNT, Printer.

1877.

Case 2:18-cv-03648-SJF-SIL   Document 46-1   Filed 07/23/18   Page 29 of 44 PageID #: 242

the said agreement to have half the said land vpon a just devision for which hee is to pay me 25 pounds.    And whereas hee the said Capt. Scott did lay claime to all the said tract of land (I purchased as aforesaid) by vertue of bargaine with the said Leift. Gardiner formerly, by meanes whereof hee the said Capt. Scott became debtor vnto him the said Lyon [PAGE 46.] Gardiner, I say I the forenamed Richard Smith doe hereby bind myself my heirs that neither the said Lyon Gardiner nor any in his right or name shall molest him ye said Capt. Scott or his heyres, in respect of the said bargaine or covenant betweene them concerning the said land.    And I further binde myself my heirs, never to make any claime of Interest in the said proportion of land made over as afore said, by the said covenant witness my hand this 22 Nov. 1663.

                                        RICHARD SMYTH.

Witness Henry Pierson Richard Howell Iohn Youngs.


Received this 21 day of November 1688 of Mr Isaac Halsey the sum of one hundred twenty nine pounds, 13 shillings and seven pence half penny, for the assessment of the county of Suffolk.   I say received for the towne of Southampton New York

                                        MATH. PLOWMAN


This money above said was payed towards the Defraying of the charge of the souldiers keeping at Albany the last year.

   [Notes at bottom]   (Thomas Lupton Nathaniel Halsey, Obadiah Rogers have stray cattle in charge)

   [PAGE 47.]   Iuly 28  1659   Be it known vnto all men by this present writing that I Wiandance Sachem of Pawmanack or Long Island, and with my sone Weeayacomboun, have sold vnto Lyon Gardiner, his heyres executors, or assigns, I say I have sold all the bodys and bones of all the whales that shall come vpon the land, or come ashore, from the place called Kitchaminfchoke, vnto the place called Enoughquamuck, only the fins and tayles, of all wee reserve for ourselves and Indians.

I say I have sold with the consent of Wannuggeasheum and Tawbaughauz Sachems of the places aforesaid, I have sold all the whales that shall come vp within the bounds aforesaid for the space of 21 yeares ensueing the date hereof. But if any whales shall bee cast up they shall bee judged by ye English and Indians whether it bee a whole whale or half or otherwise but for every whole whale that shall be cast vp the aforesd Lyon Gardiner or his assigns shall pay or cause to bee paid vnto mee Wyandance my heyres executers and assignes the sum of 5 pounds. But if it bee not a whole whale then they shall pay according to proportions and this pay shall bee paid within two years after they have cut out and carried home the whale to their houses. But in case there shall not fowre or five whales come vp within the terme above said then shall the affore said Lyon Gardiner or his Assigns have the next 5 whales that shall come vp after the tearme. And for the true performance of the premises wee have herevnto set our hands and seales

The Sachems mark, WEEAYACAMBOUNES mark

BENJAMIN PRICE

Signed sealed & delivered In presence of vs

Ieremy Concolin       David Gardiner.

Whatsoever Wiandanch hath done or his successors may doe with and besides this act of selling whales wee own is and was his to make sayle of, and his heyres, and not ower nor our heyres.

TOWBACKCOWZ his mark
WENAKCEASKAUM his mark.

Witness  Richard Howell
Iohn Smith.

[PAGE 48.]  This subscription of the two Sachems under the seales was their own act voluntary without any compulsion
witness Zerobabel Phillips Ioseph Raynor Thomas Halsey
This writing with all the rite that is within the houle peaper

Case 2:18-cv-03648-SJF-SIL   Document 46-1   Filed 07/23/18   Page 31 of 44 PageID #: 244

# THE FIRST



## Book of Records

### OF THE

# Town of Southampton

#### WITH OTHER

## ANCIENT DOCUMENTS

#### OF HISTORIC VALUE,

Including all the writings in the Town Clerk's office from 1639 to 1660 ; transcribed with Notes and an Introduction by Wm. S. Pelletreau, and compiled by the under-signed Committee, chosen at Town Meeting, April 1st, 1873, and published at the expense of the Town, by its authority.

HENRY P. HEDGES,
WM. S. PELLETREAU,
EDWARD H. FOSTER.

John H. Hunt, Book and Job Printer,
Sag-Harbor, N. Y.

1874.

Silva-030

the tax of tire money (as it hath been commonly called) and
the hon<sup>ble</sup> Gobernor of New York having appointed the Com-
missioners for the Indian atfaires in ye East Riding, namely
Capt Iohn Howell and Mr Thomas Baker to take cause for
satisfaction, I doe hereby appoint and constitute my frends ye
said Capt Iohn Howell and Henry Pierson my true and law-
full attorneys in my name & stead, but for my owne use to de-
mand and receive the said 40£ or any part thereof from any
person yt shall bee appointed to pay it upon the aforesaid ac-
cept, and vpon receipt thereof to give full discharge or to make
any composition or agreement concerning the premises,   And
whatever my said attorneys doe or cause to be done lawfully in
ye premises I do hereby ratify and confirme as if I had actually
done the same,   Witnes my hand this 7th of November 1667
allsoo I promise to defray ye charge my said attys are at in
and about the premises.

  Signed and delivered in presence of      IOHN OGDEN.
ws Iohn Richbell
  Ionas Honldsworth,


## Papers in Relation to the Topping Purchase, Western part of the Town.

### INDIAN DEED TO CAPT. TOPPING,

  This writing made the tenth ot Aprill 1662 between Weany
Sunk squaw, Anabackusand Iackanapes all of them residents
of Shinecock near Southampton on Long Island, on the one
partie and Thomas Topping of Southampton on the aforesaid
Island on the other partie, Witnesseth that we the said Weany
Anabackus and Iackanapes have given and granted and by
these presents do give and grant bargain sell assign and set
over unto Thomas Topping aforesaid his heirs and assigns for
ever all our right title and interest that we have or ought to
have in a certain tract of land lying and being westward of the
said Shinecock and the lawful bounds of Southampton above
said, that is to say to begin at the canoe place otherwise Niam-

Case 2:18-cv-03648-SJF-SIL   Document 46-1   Filed 07/23/18   Page 33 of 44 PageID #: 246

uck and soe to run westward te a place called and known by
the name of Seatuck, and from thence to run northward across
the said Island or neck of land unto a place called the head of
the bay with all the meadow and pasture, arable land, ease-
ments profits benefits emoluments as is or may he contained with-
in the limits and bounds before mentioned together with half
the profits and benefit, of the beach on the south side the said
Island in respect of fish whale or whales that shall by God's
providence be cast up from time to time, and at all times, with
all the herbage or feed that shall be, or grow thereon.

To Have and To Hold, all the forementioned demised prem-
ises with all and singular the appurtanances thereto belonging
or in any ways appertaining to him the said Thomas, his heirs
executors, administrators, or assigns forever, without the lett
trouble denial or molestation of us the said Weany, Anabaekus,
and Iackanapes our heirs or assigns or any o her person or per-
sons lawfully claiming from, by, or under us our heirs executors
Administrators or assigns, for and in consideration of the four
score fathoms, of wampum, or other pay, equivelent to be paid
unto the said Weany, Annabackns, and Inckanapes together
with those other Indians interested whose names are under
written, at or before the first day of December next ensueing
the date hereof, by the said Thomas Topping or his assigns
unto the true and faithful performance of all the premises we
have hereunto interchangeably set our hands.

In presence of                          THOMAS TOPPING,
James Herrick                    WEANY X her marke
Iohn Topping                     ANABACKUS X his marke
Elnathan Topping                 IACKANAPES X his marke
                                 COBISH X his marke
                                 TOPOBIN X his marke
                                 WETAUGON X his marke

# DOCUMENTS

RELATING TO THE

# COLONIAL HISTORY

OF THE

# STATE OF NEW YORK.

Vol. XIV — Old Series.
Vol. III — New Series.



ALBANY, N. Y.:
WEED, PARSONS AND COMPANY.
1883.

# DOCUMENTS

RELATING TO THE

# History of the Early Colonial Settlements

PRINCIPALLY ON

# LONG ISLAND,

WITH A MAP OF ITS WESTERN PART, MADE IN 1666, in back pocket
Map, cop. 2, in Map Case,

Translated, Compiled and Edited from the Original Records in the Office of the
Secretary of State and the State Library, under direction of the
Honble JOSEPH B. CARR, Secretary of State,

BY

1136150

## B. FERNOW,

KEEPER OF THE HISTORICAL RECORDS.

HON. AND CORR. MEMBER OF THE PENNA, NEW YORK, VIRGINIA AND BUFFALO HISTORICAL SOCIETIES.



EXCELSIOR.

ALBANY, N. Y.
WEED, PARSONS AND COMPANY.
1883.

to sign another Letter of ye like nature wᵗʰ yᵉ former: The Governoʳ in Councell doth Order That he yᵉ said *John Burroughs* bee forthwith comitted into the Custody of yᵉ Sheriffe of this City, to remaine in prison until some time on Monday next, then to be brought to yᵉ whipping Post before yᵉ City Hall, and being fastened thereunto, to stand an hour, with a paper on his Breast, setting forth the cause thereof to be for signing sedicious Letters in yᵉ name of yᵉ Towne of *Newtowne*, against yᵉ Governmᵗ & Court of Assizes, and yᵗ he be rendred incapable of bearing any Office or Trust in the Governmᵗ for yᵉ future.   He was by mittimus committed to prison.

The Sheriffs Warrᵗ to put yᵉ sentence in execution. Vizt.

Whereas *John Burroughs* of *Newtowne* now in yoʳ Custody, was yesterday sentenct to be comitted to prison, as by this mittimus to you doth appeare, & to be brought to yᵉ whipping Post, before yᵉ City Hall, & there fastened, to stand an hour, with a paper on his breast setting forth yⁿ cause thereof to be for writeing & signing sedicious Letters in yᵉ name of yᵉ Towne of *Newtowne* against yᵉ Governmᵗ and Court of Assizes:   These are to require you to cause yᵉ said sentence to be put in Execution on Monday morning next at eleven of yᵉ clock, where yᵃ Mayor & Aldermen of yᵉ City are likewise desired to be present to see yᵉ same duly effected.   For yᵉ which this shall be yoʳ sufficient Warrant;   Given under my hand this 16ᵗʰ day of January 1674.

ANDROSS.

To Mʳ *Tho: Gibbs* Sheriffe
of yᵉ City of *New Yorke.*

January 22ᵈ, 1674-5.

The preserving of his Rˡˡ Highnesse Interest in a proportion of yᵉ Drift as in yᵉ Law is set forth, the same being taken into Consideracon.   It is resolved, That there be some particular man comissionated to take care of drift whales in yᵉ middle & westermost part of *Long Island*, who is to be accomptable for his Royall Highnesse dues thereof, according to Law.

That if an Indyan find and give notice of any such drift whales, he shall have such reasonable satisfaccon as hath been usuall.   If a christian shall find any such whale or great fish & secure it, or give due notice to yᵉ person empowered, where by the said Fish may be saued, hee shall be allowed a quartᵉ part for his share   Provided yᵗ no such whale being found, shall be cut up or embezeled, before notice be given to such Officᵉ or prsons empowered to take care therein.

That an Order be sent to the Sachems on the Southside of *Long Island*, to be here in the Fort upon yᵉ 9ᵗʰ day of ffebr. next, of which Mʳ *Nicolls* the Secrʸ is to take care to send to them & give them timely notice.

---

A WARRANT FOR Mʳ WILLIAM SHACKERLY TO LAY THE BOEUYES AT SANDY POINT.

By the Governoʳ.

You are hereby desired and required forthwith to take on board the *Hopewell* (yoʳ sonns small open sloop) the two bouys lying a float before the Towne Bridge, and to saile with them, to the comeing into *Hudson* River, at *Sandy Point*;   And without delay (winde and weather permitting) to lay the said Bouys, in the most proper places, without the said Point; one of them on the westermost Spit or Part of the East Banke;   The other on the shouldings under (or of this side of) *Renslaer Hoeck* or *Portlands Point*, as is adjudged best, in not lesse then three fathome and a halfe at low water.   At yoʳ going you are to call on Capt. *Griffin*, and (if hee please) to take with you his Master, and *Randall* his pilot, as also Mʳ *Thomˢ Young*, and to take their

## An Ord<sup>r</sup> about Whales.

Whereas I am given to understand, That there hath been great Abuse by y<sup>e</sup> neglect of y<sup>e</sup> Offic<sup>rs</sup> of severall Townes upon *Long-Island* in not makeing Enquiry into or securing his Royal Highness his part of Drift Whales or Great flish cast upon y<sup>e</sup> Beach or Shoare according to y<sup>e</sup> Directions in y<sup>e</sup> Law, the w<sup>ch</sup> other persons p<sup>r</sup>sume to Engross without rendring any acc<sup>t</sup>; ffor y<sup>e</sup> p<sup>r</sup>vention thereof for the future, and better securing y<sup>e</sup> Dukes Interest therein, I have thought fitt to constitute and appoint, & by these Presents have hereby Constituted and appointed Mr. *Wm. Osborne*, & Mr. *Jno. Smyth* of *Hempstead* to make strict Enquiry either by Indyans or others, of all such Drift Whales or great flish as shall bee cast up on the Beach or shore between y<sup>e</sup> Bounds of ˙y<sup>e</sup> Towne of *Seatalcott* Eastward, & y<sup>e</sup> utmost part of the Lymitts of *Gravesend* or *Coney-Island* Westward; and if any such Whale or Great flish shall bee at any time found that they give an acco<sup>t</sup> of and secure his Roy<sup>ll</sup> Highness his Interest and part of them as in y<sup>e</sup> Law is sett forth; And y<sup>e</sup> said *Wm. Osborne* & *John Smyth* shall bee solely employed herein for and dureing y<sup>e</sup> space & terme of     yeares: They behaveing themselves therein according to y<sup>e</sup> trust reposed in them, and for what they shall lawfully Act or Doe in the Premisses, This shall bee to them a sufficient Warrant. Given under my Hand at *Forte James* in *New Yorke* this 2<sup>d</sup> day of May in y<sup>e</sup> 24th yeare of his Ma<sup>ties</sup> Reigne, Annoque D̅m 1672.

### Liberty given to M<sup>r</sup> Cornhill & M<sup>r</sup> Doughty to sell Liquo<sup>rs</sup> & Powder to y<sup>e</sup> Indyans who are helpfull in y<sup>e</sup> Whale fishing Designe.

Whereas Mr. *Richd Cornhill* one of y<sup>e</sup> Justices of Peace, & Mr. *Elyas Doughty* being engaged w<sup>th</sup> others in y<sup>e</sup> Whale fishing Designe, upon y<sup>e</sup> South-parts of *Long Island*, in the w<sup>ch</sup> they are of opinion the Indyans on those parts may bee very instrumentall unto them, if they might bee permitted to furnish them with some moderate proporçon of Strong Liquors, Powder, and Lead as they shall have occasion of, y<sup>e</sup> w<sup>ch</sup> many persons p<sup>r</sup>sume to sell unto y<sup>e</sup> said Indyans w<sup>th</sup>out Lycence, but the said Mr. *Cornhill* & Mr. *Doughty* Declare themselves to bee unwilling to break y<sup>e</sup> Law therein. At their request, I have thought fitt that for the space of one Whole yeare dureing y<sup>e</sup> Whale-fishing Season, or in relaçon thereunto y<sup>e</sup> said Mr. *Cornhill* & Mr. *Doughty* shall have Lycence to sell or truck w<sup>th</sup> the Indyans of those parts such a moderate proporçon of Strong Liquors, Powder, or Shott as shall noe way occasion disturbance or abuse amongst y<sup>e</sup> said Indyans or Christians, & shall bee usefull for their Whaleing Designe. For y<sup>e</sup> doeing whereof This shall bee their Warrant. Given under my Hand & seale at *Forte James* in *New Yorke* this 4th day of May in y<sup>e</sup> 24th yeare of his Ma<sup>ties</sup> Reigne, Annoque Dni 1672.

### L<sup>re</sup> from y<sup>e</sup> Governo<sup>r</sup> & Councill of y<sup>e</sup> Massachusetts to his Hono<sup>r</sup> Coll : ffrancis Lovelaces. S<sup>r</sup>.

Wee salute you kindely. Our Allegiance to our Gracious Soveraigne, yours & our Safety, together with our just right to that part of y<sup>e</sup> Countrey, to y<sup>e</sup> Northward of his Highness the Duke *Yorkes* Territoryes beyound *New Yorke*, requires that wee endeavour Settlem<sup>t</sup> on that side of the Colony nigh *Hudsons* River, least through our neglect thereof, the *ffrench* settling in our Liber-

REPRODUCTION BY PERMISSION OF
THE BUFFALO & ERIE COUNTY PUBLIC LIBRARY
BUFFALO, NEW YORK

tyes draw upon us his Mᵃᵗⁱᵉˢ Displeasure, to our Loss & extreme p'judice, wᶜʰ wee are carefull to avoid. Sʳ wee feare your not likeing well of our Endeavoʳˢ herein ; Wee doe therefore request that ffavour that you will bee pleased for our Accomodaçon in that behalfe to permitt that some person or persons whom yoʳ selfe may thinke fitt for Mr. Jnᵒ *Payne* to make choice of, for their Travails & Knowledge of that part of yᵉ Countrey & Wilderness, wᵗʰⁱⁿ our Libertyes, may for his reasonable satisfaction make Discovery to him of such Place wᵗʰⁱⁿ our Rights as may bee most encouraging for settlemᵗ ; And that you will likewise bee pleased to signify to us yoʳ kinde admittance, that wee as yoʳ Neighborʳˢ & Subjects of one Gracious Soveraigne may have free Egress, & Regress upon *Hudsons* River for Transportaçon of People and Goods ; wᶜʰ will much ease our Charges therein, & yoʳ kinde Returnes by our Messenger whom wee have trusted & employed in this Affayre shall engage all amicable and like assistance wherein wee may serve his R: Highness & yoʳˢelfe & remaine

Sʳ yoʳ Honoʳˢ humble Servᵗˢ

Edw : Rawson Secr.

In yᵉ Name & by Ordʳ of yᵉ Governoʳ & Councell.

*Boston* in *N: England* yᵉ 12ᵗʰ Mar : 1672.

---

#### Council Minutes and Orders relating to Whalefishing on Long Island ; Bushwick and Newtown Bounds.

Whereas I am given to understand that a Whale hath not long since been cast upon a parcell of Beach claymed to bee wᵗʰⁱⁿ *Jno Coopers* Bounds or Precincts, of the wᶜʰ severall Indyans have taken & carried away the Whale-Bone ; These are to authorize the said *Jno Cooper* to make Enquiry into and to make seizure of such Whale-Bone (if it bee found) of the wᶜʰ hee is to give an accoᵗ to yᵉ next Justice of the Peace, & likewise unto my selfe, And for soe doing this shall be his Warrant. Given &c : at *Seatalcott*, als *Brook Haven* yᵉ 10ᵗʰ day of May 1672.

At a Councell held at *Fort James* in *New Yorke* yᵉ 17ᵗʰ of May 1672.

Whereas it was repʳesented unto his Honoʳ yᵉ Governor that a certaine difference had arisen between *Jno ffinch* of *Huntington* & severall persons of *Oyster-Bay* concerned in the Whale-ffishing Design, touching three Drift Whales cast upon the Beach & cutt up and tryed by those of *Oyster Bay*, wherein his Royall Highness was concerned as to his particular Dues out of the Oyle of the said Whales ; All wᶜʰ was referred by ye Governoʳ to *Thomas Delavall* Esqʳ one of yᵉ Councell to Examine & Endeavour a faire composure between ye Partyes, securing the Dukes Interest ; Hee having an Ordʳ in the meane time to receive the Oyle, & bee accountable for ye same when the controversy should bee decided, to whom of Right it did belong ; and the said *Thomas Delavall* having Declared that to prevent further contest, hee had made a faire agreemᵗ between them or most of them concerned ; That is to say, That *Jno ffinch* should have for his Share or Proporçon fifteen Barrells of Oyle upon Accoᵗ of his Interest in yᵉ Beach where the Whales were cast up, out of wᶜʰ hee is to pay his Royall Highness his Dues, & two Barrells more to beare the Necessary charges had hereupon ; And that yᵉ Remainder should be unto them of *Oyster Bay* that cutt up & tryed the Oyle of the said whales for their charge and paines therein, together with yᵉ cost of the Barrells, & Transportation ; Vpon consideraçon had hereof, the

84

REPRODUCTION BY PERMISSION OF
THE BUFFALO & ERIE COUNTY PUBLIC LIBRARY
BUFFALO, NEW YORK
Silva-037

Case 2:18-cv-03648-SJF-SIL   Document 46-1   Filed 07/23/18   Page 39 of 44 PageID #: 252

## ORDERS RELATING TO WHALING ON L. I.

Whereas comp[lt] hath been made unto mee by some of y[e] Inhabitants of *Brook-haven* als *Seatalcott* on behalfe of y[e] Company in their Townes engaged in ye Whaling Designe, That y[e] Indyans on the south-side of y[e] Island within y[e] Lymitts of their Patent, doe disturbe and discourage them in that Vndertaking, demanding a Barrell of Oyle out of every Whale w[ch] they shall take, although w[th] great hazard & hardship, requiring likewise payment for every stick of wood w[ch] they shall cutt thereabout for their needfull use of dressing their Dyet or the like; These are to require all such Indyans whither Sachems or others, That they surcease all such unlawfull actions, and that they noe way give molestation or hindrance unto any of the Persons or Company employed in the Designe afore mentioned, who upon their Request I have granted Liberty unto freely to make use of the Beach or Shore for their ffishing Designe from a certaine place called *Bluff Pointe* westward for the space of three miles, & likewise that they may cutt in y[e] common woods adjacent what wood they shall have occasion of for y[e] convenience of dressing their provisions, or other accommodation ; In w[ch] if the said Indyans shall give the said Company of Whalers any further Disturbance, the Justices of peace, Magistrates, Constables or other Offic[rs] are hereby empowered to give Redresse unto y[e] said Company of the Whalers herein, ffor y[e] doeing whereof this shall be unto them a sufficient Warrant & Discharge.  Given &c: this 19th day of Aprill 1673.

Whereas I gave a Commission y[e] last yeare unto *Wm. Osborne* and *John Smith* of *Hempstead* for a certaine time to have the charge and care of looking after & securing all Drift Whales that Should happen to bee cast on the south parts of *Long Island* within the space in the said commission limited, It being ffor the p[r]vention of abuses that had often been practiced, diverse persons finding such Drift Whales having cutt them up and kept all the proffitt to themselves, deceiving his Royall Highness of his dues, and at other times it being noe particular persons charge, such Drifts were neglected, soe both the Duke & Country had a Losse thereby ; And being since given to understand that other Persons take upon them y[e] said charge of looking after Drift Whales, giving no acco[t] of the same, nor taking notice of my Commission ; These are to require all persons whom this may concerne, that they bee ayding and assisting unto y[e] said *Wm. Osborne & Jno Smith* in prosecuting their commission ; And if any person by accident doe heare of or finde such Whales within ye Lymitts in their commission specifyed, that they give notice to y[e] said persons thereof, who are obliged to take care about it, soe that the Duke bee not deceived of his Dues: w[ch] if every person take it upon them may too frequently bee done ; And for what y[e] said *Wm. Osborne & John Smith* shall lawfully Act & Doe in prosecution of their Commission for the time & Terme afores[d] this shall bee to them a sufficient Warrant.  Given under my hand &c: Aprill y[e] 24th 1673.

To all Justices of y[e] Peace,                                    FRANC: LOVELACE.
Constables & other Offic[rs] to whom Applicaçon shall
bee made upon this Acc[t].

REPRODUCTION BY PERMISSION OF
THE BUFFALO & ERIE COUNTY PUBLIC LIBRARY
BUFFALO, NEW YORK
Silva-038

# DOCUMENTS

RELATING TO THE

# COLONIAL HISTORY

OF THE

# STATE OF NEW YORK.

Vol. XIV — Old Series.
Vol.   III — New Series.



ALBANY, N. Y.:
WEED, PARSONS AND COMPANY.
1883.

# DOCUMENTS

RELATING TO THE

# HISTORY OF THE EARLY COLONIAL SETTLEMENTS

PRINCIPALLY ON

# LONG ISLAND,

WITH A MAP OF ITS WESTERN PART, MADE IN 1666, in back pocket
Map, cop. 2, in Map Case,

Translated, Compiled and Edited from the Original Records in the Office of the
Secretary of State and the State Library, under direction of the
Hon<sup>ble</sup> JOSEPH B. CARR, Secretary of State,

BY

1136150

## B. FERNOW,

KEEPER OF THE HISTORICAL RECORDS.

Hon. AND CORR. MEMBER OF THE PENN<sup>A</sup>, NEW YORK, VIRGINIA AND BUFFALO HISTORICAL SOCIETIES.



ALBANY, N. Y.

WEED, PARSONS AND COMPANY.

1883.

Case 2:18-cv-03648-SJF-SIL   Document 46-1   Filed 07/23/18   Page 42 of 44 PageID #: 255

p'sent consideracons, to Agree and Order such a Suitable Supply for yo' Towne, as may bee proper for so an extraordinary occasion, and that it bee in the nature of a Rate, designing it to bee receiv'd in the same manner, and accompted for to the Countrey, at the Gen'll Court of Assizes; I am

Yo' affectionate ffriend,

E. Andros.

May 8th, 1676.

This is by Capt. *William Dyre*, who is Order'd to receive and bring yo' Result.

M. N. Secr.

May 17th 1676.

Ordered, That y' Towne of *Hempstead* do bring in each of them a particular Survey of their Lands at the next Court of Sessions, and deliver them to y' Secretary if there, or to y' Clarke of the Court to bee brought to the Office at *New Yorke* in order to their having patents for y' same according to Law.

The *Matinicock* Indyans being sent for, The Governo' proposes the buying of their Land, and particulary of three parcells of Land of a mile square each, about *Muskitoe Cove*, of which the Inhabitants have already the herbage and trees.

They aske an Extravagant Rate. Att length come to an Agreement for six hundred Guilders Seawant

May 23, 1676

At a meeting of the *Unchechaug* Indyans of *Long Island* before the Go at the Fort.

They give thanks for their peace & that they may live, eate & sleepe quiet, without feare on the Island. They give some white strung seawant.

They desire they being free borne on the s'd Island that they may have leave to have a whale boat with all other materials to fish & dispose of what they shall take in & to whom they like best.

They complaine that fish being driven upon their beach &c the English have come & taken them away from them by force. The Go: demands, if they made complainte to the Magistrats in the Townes who are appointed to redresse any Injuryes.

They say no but another time will doe it.

They desire liberty to have boats & ask materialls of their owne to goe a whaling and that they may dispose of their oyle & as they thinke goode.

The Gov will consider of it & give them Answer to-morrow.

May 24—1676.

The Indyans come againe to the Governor in presence of The Councell.

What they desire is granted them as to their free liberty of fishing, if they be not engaged to others; They say they are not engaged.

They are to have an order to shew further priviledge

At a Councell held in *N. Y.* the 24th day off May 1676 Upon the Request of the Indyans of *Unchechaug* upon *Long Island* that they may have liberty to whale & fish upon their owne Acct

Resolved & ordered That they are at liberty & may freely whale or fish for or with Christians or by themselves & dispose of their effects as they thinke good according to law & Custom of y' Governm't of which all Magistrates offic'rs or others whom this may concerne are to take notice & sufer the s'd Indyans so to doe without any manner of lett hindrance or Molestation they comporting themselves civilly & as they ought.

By y' Ord of y' Go in Councell.

Case 2:18-cv-03648-SJF-SIL   Document 46-1   Filed 07/23/18   Page 43 of 44 PageID #: 256

New York                          Your very affectionate
May [*blank*] 1676.                humble servant.
By Mr. Mayor.*                          M.N.
I pray give my best respects
to your honorable Governor.

[ENDORSED:]         Copie of a Letter to Mr. Rawson Secr. at Boston.
                    By Mr. Mayor May 1676.

[25:118]

[MINUTES OF A MEETING WITH UNCHECHAUG INDIANS
CONCERNING FISHING RIGHTS]

May 23. 1676.

At a meeting of the Unchechaug Indyans of Long Island—before the Go:
at the Fort.

They give thankes for their peace, and that they may live, eate and sleepe
quiet, without feare on the Island, They give some white strung seawant.

They desire they being free borne on the said Island, that they may have
leave to have a whale boate with all other materiells to fish and dispose
of what they shall take, as and to whom they like best.

They complaine that fish being driven upon their beach etc. the English
have come and taken them away from them per force.

The Go: Demands if they made complainte of it to the Magistrates in the
Townes, who are appointed to redresse any Injuryes.

They say no, but another time will doe it.

The Go: will consider of it and give them Answer tomorrow.

May 24. 1676.

The Indyans come againe to the Governor in presence of The Councell.

What they desire is granted them as to their free liberty of fishing, if they

* William Darvall

Silva-042

374   NEW YORK HISTORICAL MANUSCRIPTS

bee not engaged to others; They say they are not engaged.
They are to have an Order to shew for their priviledge.

[ENDORSED:]   May 23.24 1676.
              Unchechaug Indyans.


[25:119a]

[ORDER GRANTING THE ABOVE FISHING RIGHTS]

At a Councell held in N.Y. the 24th day off May 1676.

Upon the request of the Ind[  ]s of Unchechauge upon Long Island

Resolved and ordered that they are at liberty and may freely whale or
fish for or with Christians or by themselves and dispose of their effects
as they thinke good according to law and Custome of the Government
of which all Magistrates officers or others whom these may concerne are
to take notice and suffer the said Indyans so to doe without any manner
of lett hindrance or molestacion they comporting themselves civilly and
as they ought.

By Order of the Go: in Councell

[ENDORSED:]   Order of Councell may 24. 1676.
              Unchechaug Indians.


[25:119b]

[LIST OF OWNERS OF VACANT LOTS IN NEW YORK]

Mr. Steenwyck               The vacant Ground etc.
Mr. V: Brugge                   Mr. Allard Anthony
Mr. de Peyster              X  Mr. Sam: Edsall
Mr. Hoogland                    Mr. Guylayne Verplanck
Mr. Ebbing                  X  Adolph Peterse.
Mr. Rombout                 X  Seuart Olferts.
Mr. Ver Plancke             X  Mr. Thomas Lewis
Mr. Gerrit V: Tright        X  Peter Stoutenberg
Mr. Winder etc.                 Jan Vigné
                                Mr. Ebbing
                                Mr. Rombout
                                Cor: V: Borsum
                                Mr. Hoogelandt
                                6 or 7