June 8th 1659

Be it knowne unto all men by this prsent
writing, That Sewgandame Sachem of
Paumanuck on Long Island, and with my
Sonn Wedayacomboun: have sold unto Lyon
Gardener, his heires Executo and Assignes,
I say I have sold all the Bodyes and Bones
of all the Whales that shall come upon the
Land, or come a Shoard from the Eastern end of
South Hampton boundes, unto the place called
Kitchaminchok, yet reserving to our selves
and Indyans, all the Tailes and fins for
our selves. The terme of yeares from the date
hereof, shall hold in force for the space of
twenty and one yeares, and for the better con
tinuance of Love and Peace betweene us, I
say yet shall bee, that if any Whale shall bee
cast up in the boundes above mentioned, whe
ther it bee found by English or Indyans, it shall
bee judged by them both whether it bee a whole
Whale, or a halfe, or otherwise, Now for every
whole whale that shall come up, the afore
said Lyon Gardener or his Assignes, shall pay
or cause to bee paid unto said Wyandaned, the
Summe of five pounds Sterling, or any good pay
which wee shall accept of, but if it bee a halfe
Whale, a third part, or otherwise they shall pay

of all the Whales that shall come upon the
Land, or come a Shoard from the Wester end of
South hampton Bounds, unto the place called
Kitchaminchoke. yet according to our selves
and Indyans, all the Failes and fins for
our selves; The terme of Yeares from the date
hereof, shall hold in force for the space of
twenty and one yeares, and for the better con
= tinuance of Love and Peace, betwoen us, I
say it shall bee, that if any Whale shall bee
cast up in the bounds above mentioned, whe
= ther it bee found by English or Indyans, it shall
bee judged by them both whether it bee a whole
Whale, or a halfe, or otherwise, Now for every
whole whale that shall come up, the afore
said Lyon Gardoner or his Assignes, shall pay
or cause to bee paid unto mee Wyandance, the
Summe of five pounds Sterling, or any good pay
which wee shall accept of, but if it bee a halfe
whale, a third part, or otherwise, they shall pay
according to Proporcion, and this pay shall bee
within two Monethes after they have Cutt out

and

86

and carryed the Whale home to there Houses,
but in case there shall not five whales come
up, within the terme aforesaid, then shall the
aforesaid Lyon Gardener, or his Assignes,
have the next five Whales, that shall come
up after the Terme, paying to med, my heires
Execute or Assignes, the Summe above
mentioned, and for the true performance of
the promisses, Wee have here unto Sett our
hands and Seales,

Signed Sealed in the            The Sachems ⚔ Markes
presence of us                     Weeayacombourne ⚡ Marke,

Benjamin Price,
Jeremy Concolin
David Gardener,


Be it knowne to all whom it may any way
concerne, That I Lyon Gardener do give to
John Cooper of South Hampton, all the right
and priviledge of this Deed, too performe
the Covenant, as I was to have done, Witness
my hand in the presence of the under written
witnes                                  Lyon Gardener

Robert Bond.
Thomas Osborn Junior.