# CIVIL CAUSE FOR STATUS CONFERENCE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 31 2019 ★

LONG ISLAND OFFICE

**BEFORE: JUDGE FEUERSTEIN**

**DATE:** July 31, 2019         **TIME:** 30 MINUTES

**CASE NUMBER:**   2:18-cv-03648-SJF-SIL

**CASE TITLE:**   Silva et al v. Farrish et al

**PLTFFS ATTY:**   Scott Moore
　　　　　　　　　x   present　　　　　____ not present

**DEFTS ATTY:**   Richard York
　　　　　　　　　x   present　　　　　____ not present

**COURT REPORTER:**

**COURTROOM DEPUTY:** Bryan Morabito

**X**   CASE CALLED.

____ HEARING HELD/ CONT'D TO_____.

__ ORDER ENTERED ON THE RECORD.

**OTHER:** Motions #54, #56, #59 and report and recommendation #63 are terminated. Summary judgment motion schedule is set as follows: Motion to be served by 9/11/2019. Opposition to be served by 10/11/2019. Reply to be served and fully briefed motion to be filed with the Court by 10/21/2019. A status conference is scheduled before Judge Feuerstein on 1/14/2020 at 11:15 am.