## COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. BROWN**                                                                                    **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

November 18, 2019

Honorable Sandra J. Feuerstein, U.S.D.J.
United States Federal Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:    Silva et al. v. Farrish, et al.
       Docket No: CV-18-3648 (SJF)(SIL)

Honorable Judge Feuerstein:

Pursuant to the Court's bundle rule for dispositive motions, the County defendants submit with this correspondence their original moving papers and supporting exhibits seeking summary judgment pursuant to F.R.C.P. Rule 56; the plaintiff's opposition papers and supporting exhibits; and the defendants reply memorandum of law.

I thank the Court for its consideration of this submission.

Respectfully submitted,

DENNIS M. BROWN
Suffolk County Attorney

By:    ___*Brian C. Mitchell*___
       Brian C. Mitchell
       Assistant County Attorney

cc:
Scott M. Moore, Esq. (Attorney for Plaintiffs via ECF)
Richard H. Yorke, Esq. (Attorney for State of New York defendants via ECF)