UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DAVID T. SILVA, GERROD T. SMITH, and JONATHAN K. SMITH, Members of the Shinnecock Indian Nation,

                                Plaintiffs,

-against-

BRIAN FARRISH, JAMIE GREENWOOD, EVAN LACZI, BASIL SEGGOS, NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION, and SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE,

                                Defendants.

NOTICE OF MOTION PURSUANT TO RULE 56

18-cv-3648 (SJF)(SIL)

---

        PLEASE TAKE NOTICE, that upon the Defendants' Statement Pursuant to Local Rule 56.1, the annexed Declaration in Support dated October 3, 2019, and upon the accompanying Memorandum of Law herein, and upon all prior pleadings and proceedings, the undersigned will move this Court, before the Honorable Sandra J. Feuerstein, at the United States Federal Courthouse, located at 100 Federal Plaza, Central Islip, New York, for an Order pursuant to Fed.R.Civ.P. Rule 56 for summary judgment dismissing plaintiffs complaint as against the defendants.

Dated: Hauppauge, New York
       October 3, 2019

Yours, etc.
DENNIS M. BROWN
Suffolk County Attorney
Attorney for the Defendant
Jamie Grenwood
100 Veterans Memorial Highway, P.O. Box 6100
Hauppauge, New York 11788

*/s/ Brian C. Mitchell*
Brian C. Mitchell
Assistant County Attorney

1

TO:

Scott M. Moore
Moore International Law Office, PLLC
Attorney for Plaintiff
45 Rockefeller Plaza
Suite 2000
New York, NY 10111

Richard H. Yorke, Esq.
New York State Attorney General's Office
200 Old Country Road
Mineola, NY 11501