UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x
DAVID T. SILVA,
GERROD T. SMITH, and
JONATHAN K. SMITH,
Members of the Shinnecock Indian Nation,

                    Plaintiffs,                Case No.: 18-cv-3648 (SJF) (SIL)

    - against -                              **DECLARATION OF SCOTT M. MOORE IN OPPOSITION TO COUNTY DEFENDANTS' RULE 56 MOTION**

BRIAN FARRISH,
JAMIE GREENWOOD,
EVAN LACZI,
BASIL SEGGOS,
NEW YORK STATE DEPARTMENT OF
ENVIRONMENTAL CONSERVATION,
and SUFFOLK COUNTY DISTRICT
ATTORNEY'S OFFICE,

                    Defendants.
-------------------------------------------------------x

    I, the undersigned, SCOTT M. MOORE, pursuant to 28 U.S.C. 1746, make the following declaration in opposition to the County Defendants' motion for summary judgment under Fed. R. Civ. P. 56, and state as follows:

1) I am a member of Moore International Law PLLC and represent the Plaintiffs in the above referenced action.

2) Annexed hereto are Plaintiffs' Exhibits numbered 1-42, and the documents therein are true copies of the stated documents and where the documents are public documents the Court is requested to take judicial notice of said documents.

    WHEREFORE, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 4th day of November, 2019.


                                    /s/ Scott M. Moore
                                _____
                                    Scott M. Moore