

# MOORE
### INTERNATIONAL LAW PLLC

**ROCKEFELLER CENTER**
**45 ROCKEFELLER PLAZA, 20TH FLOOR**
**NEW YORK, NEW YORK 10111 USA**
**TELEPHONE: + (212) 332-3474**
**FACSIMILE:  + (212) 332-3475**
**WWW.MILOPC.COM**

INTERNATIONAL LEGAL MATTERS
_____
WRITER:  SCOTT MICHAEL MOORE
SMM@MILOPC.COM
LICENSED & ADMITTED
SUPREME COURT OF THE UNITED STATES OF AMERICA
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
U.S. COURT OF INTERNATIONAL TRADE
OTHER U.S. FEDERAL COURTS
STATES OF NEW YORK & MICHIGAN ONLY
LONDON COURT OF INTERNATIONAL ARBITRATION

Via ECF & FedEx

4 November 2019

Brian C. Mitchell, Esq., ACA
Suffolk County Attorney's Office
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, NY 11788

Re:    *Silva et al v. Farrish et al*, Case No. 18-cv-3648 (EDNY) (SJF)(SIL)

Dear Mr. Mitchell:

Pursuant to Judge Feuerstein's briefing order in the above captioned action, please find enclosed the following via service by FedEx:

1) Plaintiffs' Memorandum of Law in Opposition to County Defendants' Motion for Summary Judgment,
2) Plaintiffs' Local Rule 56(1)(b) Counter-Statement of Facts as to County Defendants, and
3) Declaration of Scott M. Moore in Opposition to County Defendants Rule 56 Motion, and Plaintiffs' Exhibits 1-42.

Very Truly Yours,

**MOORE INTERNATIONAL LAW PLLC**

BY:    /s/  Scott M. Moore

Scott Michael Moore
Attorney at Law
Counsel for Plaintiffs

Enclosures (Cover by ECF only)