UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DAVID T. SILVA,
GERROD T. SMITH, and
JONATHAN K. SMITH,
Members of the Shinnecock Indian Nation,

               Plaintiffs,               CV 18-3648
                                                                 (SJF)(SIL)

   -against-

BRIAN FARRISH,
JAMIE GREENWOOD,
EVAN LACZI,
BASIL SEGGOS,
NEW YORK STATE DEPARTMENT OF
ENVIRONMENTAL CONSERVATION,
and SUFFOLK COUNTY DISTRICT ATTORNEY'S
OFFICE,

               Defendants.
------------------------------------------------------------------x

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated October 4, 2019, Local Rule 56.1 Statement of Undisputed Facts dated October 4, 2019, Declaration of Richard Yorke dated October 4, 2019 with Exhibits attached thereto, and upon all prior pleadings and proceedings, Defendants New York State Department of Environmental Conservation, Basil Seggos, Brian Farrish and Evan Laczi, ("State Defendants") by their attorney, LETITIA JAMES, Attorney General of the State of New York, will move before Hon. Sandra J. Feuerstein, at the Long Island Courthouse of the United States District Court for the

Eastern District of New York, 100 Federal Plaza, Central Islip, New York 11722, for an Order, granting Summary Judgement in favor of State Defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and proper.

Dated:  Mineola, New York
       October 4, 2019

    LETITIA JAMES
    Attorney General of the State of New York
    Attorney for State Defendants

    By: /s/ Richard Yorke
       Richard Hunter Yorke
    Assistant Attorney General
    200 Old Country Road - Suite 240
    Mineola, New York 11501
    (516) 248-3302

To:    Scott Michael Moore, Esq.
       Moore International Law PLLC
       45 Rockefeller Plaza, 20th Floor
       New York, New York 10111
       smm@milopc.com

       Brian C. Mitchell, Esq.
       Assistant County Attorney
       Suffolk County Attorney
       H. Lee Dennison Building
       100 Veterans Memorial Hwy.
       P.O. Box 6100
       Hauppauge, NY 11788
       brian.mitchell@suffolkcountyny.gov