# PLAINTIFFS' EXHIBIT 44

