**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DAVID T. SILVA, GERROD T. SMITH, and
JONATHAN K. SMITH,

                  Plaintiffs,                                  **JUDGMENT**
                                                                                               CV 18-3648 (SJF)(SIL)

   - against -

BRIAN FARRISH, JAMIE GREENWOOD,
EVAN LACZI, NEW YORK STATE
DEPARTMENT OF ENVIRONMENTAL
CONSERVATION, SUFFOLK COUNTY
DISTRICT ATTORNEY'S OFFICE, and
BASIL SEGGOS,
                  Defendants.
-------------------------------------------------------------X

      An Order and Opinion of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on February 16, 2021; adopting in its entirety the May 27, 2020 Report and Recommendation of United States Magistrate Judge Steven I. Locke; granting Defendants' motions for summary judgment; and directing the Clerk of the Court to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiffs David T. Silva, Gerrod T. Smith and Jonathan K. Smith take nothing of Defendants Brian Farrish, Jamie Greenwood, Evan Laczi, New York State Department of Environmental Conservation, Suffolk County District Attorney's Office, and Basil Seggos; that Defendants' motions for summary judgment are granted; and that this case is closed.

Dated: February 18, 2021
       Central Islip, New York

                                                                                DOUGLAS C. PALMER
                                                                                CLERK OF THE COURT
                                                             By:    /s/ James J. Toritto
                                                                                         Deputy Clerk