UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x
DAVID T. SILVA,
GERROD T. SMITH, and
JONATHAN K. SMITH,
Members of the Shinnecock Indian Nation,

                      Plaintiffs,                  Case No.:   18-cv-3648 (SJF) (SIL)

  - against -                                     **NOTICE OF APPEAL**

BRIAN FARRISH,
JAMIE GREENWOOD,
EVAN LACZI,
BASIL SEGGOS,
NEW YORK STATE DEPARTMENT OF
ENVIRONMENTAL CONSERVATION,
and SUFFOLK COUNTY DISTRICT
ATTORNEY'S OFFICE,

                      Defendants.
-------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the Plaintiffs in the above captioned case hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the Honorable Sandra J. Feuerstein entered on February 17, 2021, (Doc. No. 96), adopting in its entirety the Report and Recommendation of Magistrate Judge Steven I. Locke dated May 27, 2020 granting the Defendants' motions for summary judgment, (Doc. No. 89), and final judgment entered on February 18, 2021, (Doc. No. 97), and each and every part therein.

Dated:  New York, New York
          March 18, 2021

2

                                            Respectfully submitted,

                                            MOORE INTERNATIONAL LAW PLLC.

                                            /s/ Scott M. Moore
By: _____
                                            Scott Michael Moore, Esq.
                                            *Attorneys for Plaintiffs*
                                            45 Rockefeller Plaza, 20th Floor
                                            New York, New York 10111
                                            T. (212) 332-3474
                                            F. (212) 332-3475
                                            E. smm@milopc.com